AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Commodity Futures Trading Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-03401 |
| Archegos Capital Management, LP; Patrick Halligan | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commodity Futures Trading Commission .

Date:   04/28/2022

/s/ Alejandra de Urioste
*Attorney's signature*

Alejandra de Urioste
*Printed name and bar number*

Commodity Futures Trading Commission
290 Broadway, 6th Floor
New York, NY 10007
*Address*

adeurioste@cftc.gov
*E-mail address*

(646) 746-9881
*Telephone number*

(646) 746-9888
*FAX number*