AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Commodity Futures Trading Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-03401 |
| Archegos Capital Management, LP; Patrick Halligan | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commodity Futures Trading Commission.

Date:  04/28/2022

/s/ Jacob W. Mermelstein
*Attorney's signature*

Jacob W. Mermelstein, N.Y. Bar No. 4634788
*Printed name and bar number*

Commodity Futures Trading Commission
290 Broadway, 6th Floor
New York, NY 10007
*Address*

jmermelstein@cftc.gov
*E-mail address*

(917) 656-9346
*Telephone number*

(646) 746-9888
*FAX number*