UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
COMMODITY FUTURES TRADING                :
COMMISSION,                              :
                                         :
              Plaintiff,         :   **1:22-cv-03401-JPO**
                                         :
    -against-                         :
                                         :
ARCHEGOS CAPITAL MANAGEMENT, LP          :
and PATRICK HALLIGAN,                    :
                                         :
             Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that William F. Johnson, with the law firm of King & Spalding LLP, admitted to the Bar of this Court, hereby enters his appearance in this action as counsel for Defendant Archegos Capital Management, LP.

Dated: May 3, 2022
      New York, New York

                                                  */s/ William F. Johnson*
                                                 William F. Johnson
                                                 KING & SPALDING LLP
                                                 1185 Avenue of the Americas
                                                 New York, New York 10036
                                                 Tel: (212) 556-2100
                                                 Fax: (212) 556-2222
                                                 wjohnson@kslaw.com

                                                 *Attorney for Defendant*
                                                 *Archegos Capital Management, LP*