UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
COMMODITY FUTURES TRADING  :
COMMISSION,  :  :
  :
                Plaintiff,  :  **1:22-cv-03401-JPO**
  :
      -against-  :
  :
ARCHEGOS CAPITAL MANAGEMENT, LP  :
and PATRICK HALLIGAN,  :
  :
               Defendants.  :
------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Eric A. Hirsch, with the law firm of King & Spalding LLP, admitted to the Bar of this Court, hereby enters his appearance in this action as counsel for Defendant Archegos Capital Management, LP.

Dated: May 3, 2022
       New York, New York

                                                    */s/ Eric A. Hirsch*
                                                  Eric A. Hirsch
                                                  KING & SPALDING LLP
                                                  1185 Avenue of the Americas
                                                  New York, New York 10036
                                                  Tel: (212) 556-2100
                                                  Fax: (212) 556-2222
                                                  ehirsch@kslaw.com

                                                  *Attorney for Defendant*
                                                  *Archegos Capital Management, LP*