UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
COMMODITY FUTURES TRADING :
COMMISSION, :
:
                       Plaintiff, :     Index No. 22-cv-3401-JPO
:
         vs. :
:     **NOTICE OF APPEARANCE**
ARCHEGOS CAPITAL MANAGEMENT, LP and :
PATRICK HALLIGAN, :
:
                       Defendants. :
:
-----------------------------------------------------------------x

        PLEASE TAKE NOTICE that Mary E. Mulligan of Friedman Kaplan Seiler & Adelman LLP, an attorney admitted to practice in this Court, hereby appears as counsel for Defendant Patrick Halligan in the above-captioned action.  All notices given or required to be given in the proceeding and all papers filed in the proceeding should be given to and served upon the undersigned.

Dated:  New York, New York
          May 4, 2022

                                       FRIEDMAN KAPLAN SEILER &
                                        ADELMAN LLP

                                       s/     Mary E. Mulligan
                                     Mary E. Mulligan (mmulligan@fklaw.com)
                                     7 Times Square
                                     New York, New York  10036-6516
                                     (212) 833-1100

                                   *Attorneys for Defendant Patrick Halligan*

3659534.1