UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
COMMODITY FUTURES TRADING :
COMMISSION, :
:
                   Plaintiff, :      Index No. 22-cv-3401-JPO
:
       vs. :
:      **NOTICE OF APPEARANCE**
ARCHEGOS CAPITAL MANAGEMENT, LP and :
PATRICK HALLIGAN, :
:
                  Defendants. :
:
---------------------------------------------------------------x

       PLEASE TAKE NOTICE that Timothy M. Haggerty of Friedman Kaplan Seiler & Adelman LLP, an attorney admitted to practice in this Court, hereby appears as counsel for Defendant Patrick Halligan in the above-captioned action. All notices given or required to be given in the proceeding and all papers filed in the proceeding should be given to and served upon the undersigned.

Dated:   New York, New York
           May 4, 2022

                                                   FRIEDMAN KAPLAN SEILER &
                                                    ADELMAN LLP

                                                    s/     Timothy M. Haggerty
                                                    Timothy M. Haggerty (thaggerty@fklaw.com)
                                                    7 Times Square
                                                    New York, New York  10036-6516
                                                    (212) 833-1100

                                                    *Attorneys for Defendant Patrick Halligan*

3659532.1