UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
COMMODITY FUTURES TRADING :
COMMISSION, :
 :
                             Plaintiff, :        Index No. 22-cv-3401-JPO
 :
           vs. :
 :        **NOTICE OF APPEARANCE**
ARCHEGOS CAPITAL MANAGEMENT, LP and :
PATRICK HALLIGAN, :
 :
                          Defendants. :
 :
---------------------------------------------------------------x

        PLEASE TAKE NOTICE that Anil K. Vassanji of Friedman Kaplan Seiler & Adelman LLP, an attorney admitted to practice in this Court, hereby appears as counsel for Defendant Patrick Halligan in the above-captioned action.  All notices given or required to be given in the proceeding and all papers filed in the proceeding should be given to and served upon the undersigned.

Dated:   New York, New York
           May 4, 2022

                                      FRIEDMAN KAPLAN SEILER &
                                       ADELMAN LLP

                                       s/     Anil K. Vassanji
                                       Anil K. Vassanji (avassanji@fklaw.com)
                                       7 Times Square
                                       New York, New York  10036-6516
                                       (212) 833-1100

                                       *Attorneys for Defendant Patrick Halligan*

3659533.1