UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                              :

COMMODITY FUTURES TRADING      :
COMMISSION,                                  :
                                              :

                           Plaintiff,    :      Index No. 22-cv-3401-JPO
                                                :

                           vs.             :
                                              :      **NOTICE OF APPEARANCE**

ARCHEGOS CAPITAL MANAGEMENT, LP and  :
PATRICK HALLIGAN,                 :
                                            :

                         Defendants.    :
                                            :
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that Dielai Yang of Friedman Kaplan Seiler &

Adelman LLP, an attorney admitted to practice in this Court, hereby appears as counsel for

Defendant Patrick Halligan in the above-captioned action.  All notices given or required to be

given in the proceeding and all papers filed in the proceeding should be given to and served upon

the undersigned.

Dated:  New York, New York
       May 4, 2022

                                  FRIEDMAN KAPLAN SEILER &
                                   ADELMAN LLP

                                s/     Dielai Yang
                                Dielai Yang (dyang@fklaw.com)
                                7 Times Square
                                New York, New York  10036-6516
                                (212) 833-1100

                                *Attorneys for Defendant Patrick Halligan*