UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
COMMODITY FUTURES TRADING              :
COMMISSION,                            :
                                    Plaintiff,    :   **1:22-cv-03401-JPO**
                     -against-       :

ARCHEGOS CAPITAL MANAGEMENT, LP        :
and PATRICK HALLIGAN,                  :

                    Defendants.   :
------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Carmen J. Lawrence, with the law firm of King & Spalding LLP, admitted to the Bar of this Court, hereby enters her appearance in this action as counsel for Defendant Archegos Capital Management, LP.

Dated: May 6, 2022
      New York, New York

                                                */s/ Carmen J. Lawrence*
                                                Carmen J. Lawrence
                                                KING & SPALDING LLP
                                                1185 Avenue of the Americas
                                                New York, New York 10036
                                                Tel: (212) 556-2100
                                                Fax: (212) 556-2222
                                                clawrence@kslaw.com

                                                *Attorney for Defendant*
                                                *Archegos Capital Management, LP*