UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
COMMODITY FUTURES TRADING  :
COMMISSION,  :  :
 :
                Plaintiff,  :  **1:22-cv-03401-JPO**
 :
     -against-  :
 :
ARCHEGOS CAPITAL MANAGEMENT, LP  :
and PATRICK HALLIGAN,  :
 :
              Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Russell W. Johnston, with the law firm of King & Spalding LLP, admitted to the Bar of this Court, hereby enters his appearance in this action as counsel for Defendant Archegos Capital Management, LP.

Dated: May 6, 2022
       New York, New York

                                         */s/ Russell W. Johnston*
                                         Russell W. Johnston
                                         KING & SPALDING LLP
                                         1185 Avenue of the Americas
                                         New York, New York 10036
                                         Tel: (212) 556-2100
                                         Fax: (212) 556-2222
                                         rjohnston@kslaw.com

                                         *Attorney for Defendant*
                                         *Archegos Capital Management, LP*