UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
COMMODITY FUTURES TRADING :
COMMISSION, :
:
                              Plaintiff, :        Index No. 22-cv-3401-JPO
:
                vs. :
:        **NOTICE OF APPEARANCE**
ARCHEGOS CAPITAL MANAGEMENT, LP and :
PATRICK HALLIGAN, :
:
                           Defendants. :
:
-----------------------------------------------------------------x

        PLEASE TAKE NOTICE that Bonnie M. Baker of Friedman Kaplan Seiler & Adelman LLP, an attorney admitted to practice in this Court, hereby appears as counsel for Defendant Patrick Halligan in the above-captioned action. All notices given or required to be given in the proceeding and all papers filed in the proceeding should be given to and served upon the undersigned.

Dated:  New York, New York
           June 15, 2022

                                      FRIEDMAN KAPLAN SEILER &
                                       ADELMAN LLP

                                      /s/ Bonnie M. Baker
                                  Bonnie M. Baker (bbaker@fklaw.com)
                                  7 Times Square
                                  New York, New York  10036-6516
                                  (212) 833-1144

                                  *Attorneys for Defendant Patrick Halligan*

3669974.1