UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                 Plaintiff,<br><br>vs.<br><br>ARCHEGOS CAPITAL MANAGEMENT, LP and PATRICK HALLIGAN,<br><br>                 Defendants. | 1:22-cv-03401 (JPO)<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Archegos Capital Management, LP ("ACM") (a private non-governmental party), by and through its undersigned counsel, certifies the following:

ACM has no parent corporation that owns ten percent or more of its stock, and no publicly held company owns ten percent or more of ACM's stock.

Dated: July 1, 2022

                                                                         */s/ Carmen J. Lawrence*
                                                                         Carmen J. Lawrence
                                                                          KING & SPALDING LLP
                                                                           1185 Avenue of the Americas
                                                                           New York, New York 10036
                                                                           Tel: (212) 556-2100
                                                                           Fax: (212) 556-2222
                                                                           clawrence@kslaw.com

                                                                           *Attorneys for Defendant*
                                                                           *Archegos Capital Management, LP*