UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>          Plaintiff,<br><br>   vs.<br><br>ARCHEGOS CAPITAL MANAGEMENT, LP and PATRICK HALLIGAN,<br><br>          Defendants. | **1:22-cv-03401 (JPO)** |

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law of

Defendant Archegos Capital Management, LP in Support of its Motion to Dismiss, the

Declaration of Russell W. Johnston dated July 1, 2022, and the exhibits thereto, Defendant

Archegos Capital Management, LP, by and through its attorneys, will move this Court before

the Honorable J. Paul Oetken, United States District Judge for the Southern District of New

York, 40 Foley Square, New York, New York, 10007, on such date as the Court will

determine, for an order, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil

Procedure, dismissing with prejudice the Complaint in the above-captioned action, and

granting such other and further relief as the Court deems just and proper.


Dated: July 1, 2022
   New York, New York

               */s/ Carmen J. Lawrence*
               Carmen J. Lawrence
               KING & SPALDING LLP
               1185 Avenue of the Americas
               New York, New York 10036
               Tel: (212) 556-2100
               Fax: (212) 556-2222
               clawrence@kslaw.com

               *Attorneys for Defendant*
               *Archegos Capital Management, LP*