# Exhibit 6

**S&P 500 Closing Prices (March 20, 2020 to March 19, 2021)**

| Date | S&P 500 | Date | S&P 500 | Date | S&P 500 | Date | S&P 500 |
|---|---|---|---|---|---|---|---|
| March 20, 2020 | 2,304.92 | May 6, 2020 | 2,848.42 | June 22, 2020 | 3,117.86 | August 6, 2020 | 3,349.16 |
| March 23, 2020 | 2,237.40 | May 7, 2020 | 2,881.19 | June 23, 2020 | 3,131.29 | August 7, 2020 | 3,351.28 |
| March 24, 2020 | 2,447.33 | May 8, 2020 | 2,929.80 | June 24, 2020 | 3,050.33 | August 10, 2020 | 3,360.47 |
| March 25, 2020 | 2,475.56 | May 11, 2020 | 2,930.32 | June 25, 2020 | 3,083.76 | August 11, 2020 | 3,333.69 |
| March 26, 2020 | 2,630.07 | May 12, 2020 | 2,870.12 | June 26, 2020 | 3,009.05 | August 12, 2020 | 3,380.35 |
| March 27, 2020 | 2,541.47 | May 13, 2020 | 2,820.00 | June 29, 2020 | 3,053.24 | August 13, 2020 | 3,373.43 |
| March 30, 2020 | 2,626.65 | May 14, 2020 | 2,852.50 | June 30, 2020 | 3,100.29 | August 14, 2020 | 3,372.85 |
| March 31, 2020 | 2,584.59 | May 15, 2020 | 2,863.70 | July 1, 2020 | 3,115.86 | August 17, 2020 | 3,381.99 |
| April 1, 2020 | 2,470.50 | May 18, 2020 | 2,953.91 | July 2, 2020 | 3,130.01 | August 18, 2020 | 3,389.78 |
| April 2, 2020 | 2,526.90 | May 19, 2020 | 2,922.94 | July 6, 2020 | 3,179.72 | August 19, 2020 | 3,374.85 |
| April 3, 2020 | 2,488.65 | May 20, 2020 | 2,971.61 | July 7, 2020 | 3,145.32 | August 20, 2020 | 3,385.51 |
| April 6, 2020 | 2,663.68 | May 21, 2020 | 2,948.51 | July 8, 2020 | 3,169.94 | August 21, 2020 | 3,397.16 |
| April 7, 2020 | 2,659.41 | May 22, 2020 | 2,955.45 | July 9, 2020 | 3,152.05 | August 24, 2020 | 3,431.28 |
| April 8, 2020 | 2,749.98 | May 26, 2020 | 2,991.77 | July 10, 2020 | 3,185.04 | August 25, 2020 | 3,443.62 |
| April 9, 2020 | 2,789.82 | May 27, 2020 | 3,036.13 | July 13, 2020 | 3,155.22 | August 26, 2020 | 3,478.73 |
| April 13, 2020 | 2,761.63 | May 28, 2020 | 3,029.73 | July 14, 2020 | 3,197.52 | August 27, 2020 | 3,484.55 |
| April 14, 2020 | 2,846.06 | May 29, 2020 | 3,044.31 | July 15, 2020 | 3,226.56 | August 28, 2020 | 3,508.01 |
| April 15, 2020 | 2,783.36 | June 1, 2020 | 3,055.73 | July 16, 2020 | 3,215.57 | August 31, 2020 | 3,500.31 |
| April 16, 2020 | 2,799.55 | June 2, 2020 | 3,080.82 | July 17, 2020 | 3,224.73 | September 1, 2020 | 3,526.65 |
| April 17, 2020 | 2,874.56 | June 3, 2020 | 3,122.87 | July 20, 2020 | 3,251.84 | September 2, 2020 | 3,580.84 |
| April 20, 2020 | 2,823.16 | June 4, 2020 | 3,112.35 | July 21, 2020 | 3,257.30 | September 3, 2020 | 3,455.06 |
| April 21, 2020 | 2,736.56 | June 5, 2020 | 3,193.93 | July 22, 2020 | 3,276.02 | September 4, 2020 | 3,426.96 |
| April 22, 2020 | 2,799.31 | June 8, 2020 | 3,232.39 | July 23, 2020 | 3,235.66 | September 8, 2020 | 3,331.84 |
| April 23, 2020 | 2,797.80 | June 9, 2020 | 3,207.18 | July 24, 2020 | 3,215.63 | September 9, 2020 | 3,398.96 |
| April 24, 2020 | 2,836.74 | June 10, 2020 | 3,190.14 | July 27, 2020 | 3,239.41 | September 10, 2020 | 3,339.19 |
| April 27, 2020 | 2,878.48 | June 11, 2020 | 3,002.10 | July 28, 2020 | 3,218.44 | September 11, 2020 | 3,340.97 |
| April 28, 2020 | 2,863.39 | June 12, 2020 | 3,041.31 | July 29, 2020 | 3,258.44 | September 14, 2020 | 3,383.54 |
| April 29, 2020 | 2,939.51 | June 15, 2020 | 3,066.59 | July 30, 2020 | 3,246.22 | September 15, 2020 | 3,401.20 |
| April 30, 2020 | 2,912.43 | June 16, 2020 | 3,124.74 | July 31, 2020 | 3,271.12 | September 16, 2020 | 3,385.49 |
| May 1, 2020 | 2,830.71 | June 17, 2020 | 3,113.49 | August 3, 2020 | 3,294.61 | September 17, 2020 | 3,357.01 |
| May 4, 2020 | 2,842.74 | June 18, 2020 | 3,115.34 | August 4, 2020 | 3,306.51 | September 18, 2020 | 3,319.47 |
| May 5, 2020 | 2,868.44 | June 19, 2020 | 3,097.74 | August 5, 2020 | 3,327.77 | September 21, 2020 | 3,281.06 |

**S&P 500 Closing Prices (March 20, 2020 to March 19, 2021)**

| Date | S&P 500 | Date | S&P 500 | Date | S&P 500 | Date | S&P 500 |
|---|---|---|---|---|---|---|---|
| September 22, 2020 | 3,315.57 | November 5, 2020 | 3,510.45 | December 22, 2020 | 3,687.26 | February 9, 2021 | 3,911.23 |
| September 23, 2020 | 3,236.92 | November 6, 2020 | 3,509.44 | December 23, 2020 | 3,690.01 | February 10, 2021 | 3,909.88 |
| September 24, 2020 | 3,246.59 | November 9, 2020 | 3,550.50 | December 24, 2020 | 3,703.06 | February 11, 2021 | 3,916.38 |
| September 25, 2020 | 3,298.46 | November 10, 2020 | 3,545.53 | December 28, 2020 | 3,735.36 | February 12, 2021 | 3,934.83 |
| September 28, 2020 | 3,351.60 | November 11, 2020 | 3,572.66 | December 29, 2020 | 3,727.04 | February 16, 2021 | 3,932.59 |
| September 29, 2020 | 3,335.47 | November 12, 2020 | 3,537.01 | December 30, 2020 | 3,732.04 | February 17, 2021 | 3,931.33 |
| September 30, 2020 | 3,363.00 | November 13, 2020 | 3,585.15 | December 31, 2020 | 3,756.07 | February 18, 2021 | 3,913.97 |
| October 1, 2020 | 3,380.80 | November 16, 2020 | 3,626.91 | January 4, 2021 | 3,700.65 | February 19, 2021 | 3,906.71 |
| October 2, 2020 | 3,348.44 | November 17, 2020 | 3,609.53 | January 5, 2021 | 3,726.86 | February 22, 2021 | 3,876.50 |
| October 5, 2020 | 3,408.63 | November 18, 2020 | 3,567.79 | January 6, 2021 | 3,748.14 | February 23, 2021 | 3,881.37 |
| October 6, 2020 | 3,360.95 | November 19, 2020 | 3,581.87 | January 7, 2021 | 3,803.79 | February 24, 2021 | 3,925.43 |
| October 7, 2020 | 3,419.45 | November 20, 2020 | 3,557.54 | January 8, 2021 | 3,824.68 | February 25, 2021 | 3,829.34 |
| October 8, 2020 | 3,446.83 | November 23, 2020 | 3,577.59 | January 11, 2021 | 3,799.61 | February 26, 2021 | 3,811.15 |
| October 9, 2020 | 3,477.13 | November 24, 2020 | 3,635.41 | January 12, 2021 | 3,801.19 | March 1, 2021 | 3,901.82 |
| October 12, 2020 | 3,534.22 | November 25, 2020 | 3,629.65 | January 13, 2021 | 3,809.84 | March 2, 2021 | 3,870.29 |
| October 13, 2020 | 3,511.93 | November 27, 2020 | 3,638.35 | January 14, 2021 | 3,795.54 | March 3, 2021 | 3,819.72 |
| October 14, 2020 | 3,488.67 | November 30, 2020 | 3,621.63 | January 15, 2021 | 3,768.25 | March 4, 2021 | 3,768.47 |
| October 15, 2020 | 3,483.34 | December 1, 2020 | 3,662.45 | January 19, 2021 | 3,798.91 | March 5, 2021 | 3,841.94 |
| October 16, 2020 | 3,483.81 | December 2, 2020 | 3,669.01 | January 20, 2021 | 3,851.85 | March 8, 2021 | 3,821.35 |
| October 19, 2020 | 3,426.92 | December 3, 2020 | 3,666.72 | January 21, 2021 | 3,853.07 | March 9, 2021 | 3,875.44 |
| October 20, 2020 | 3,443.12 | December 4, 2020 | 3,699.12 | January 22, 2021 | 3,841.47 | March 10, 2021 | 3,898.81 |
| October 21, 2020 | 3,435.56 | December 7, 2020 | 3,691.96 | January 25, 2021 | 3,855.36 | March 11, 2021 | 3,939.34 |
| October 22, 2020 | 3,453.49 | December 8, 2020 | 3,702.25 | January 26, 2021 | 3,849.62 | March 12, 2021 | 3,943.34 |
| October 23, 2020 | 3,465.39 | December 9, 2020 | 3,672.82 | January 27, 2021 | 3,750.77 | March 15, 2021 | 3,968.94 |
| October 26, 2020 | 3,400.97 | December 10, 2020 | 3,668.10 | January 28, 2021 | 3,787.38 | March 16, 2021 | 3,962.71 |
| October 27, 2020 | 3,390.68 | December 11, 2020 | 3,663.46 | January 29, 2021 | 3,714.24 | March 17, 2021 | 3,974.12 |
| October 28, 2020 | 3,271.03 | December 14, 2020 | 3,647.49 | February 1, 2021 | 3,773.86 | March 18, 2021 | 3,915.46 |
| October 29, 2020 | 3,310.11 | December 15, 2020 | 3,694.62 | February 2, 2021 | 3,826.31 | March 19, 2021 | 3,913.10 |
| October 30, 2020 | 3,269.96 | December 16, 2020 | 3,701.17 | February 3, 2021 | 3,830.17 | | |
| November 2, 2020 | 3,310.24 | December 17, 2020 | 3,722.48 | February 4, 2021 | 3,871.74 | | |
| November 3, 2020 | 3,369.16 | December 18, 2020 | 3,709.41 | February 5, 2021 | 3,886.83 | | |
| November 4, 2020 | 3,443.44 | December 21, 2020 | 3,694.92 | February 8, 2021 | 3,915.59 | | |