# Exhibit 7

## Dow Jones Industrial Average Closing Prices (March 20, 2020 to March 19, 2021)

| Date | DJIA | Date | DJIA | Date | DJIA | Date | DJIA |
|---|---|---|---|---|---|---|---|
| March 20, 2020 | 19,173.98 | May 6, 2020 | 23,664.64 | June 22, 2020 | 26,024.96 | August 6, 2020 | 27,386.98 |
| March 23, 2020 | 18,591.93 | May 7, 2020 | 23,875.89 | June 23, 2020 | 26,156.10 | August 7, 2020 | 27,433.48 |
| March 24, 2020 | 20,704.91 | May 8, 2020 | 24,331.32 | June 24, 2020 | 25,445.94 | August 10, 2020 | 27,791.44 |
| March 25, 2020 | 21,200.55 | May 11, 2020 | 24,221.99 | June 25, 2020 | 25,745.60 | August 11, 2020 | 27,686.91 |
| March 26, 2020 | 22,552.17 | May 12, 2020 | 23,764.78 | June 26, 2020 | 25,015.55 | August 12, 2020 | 27,976.84 |
| March 27, 2020 | 21,636.78 | May 13, 2020 | 23,247.97 | June 29, 2020 | 25,595.80 | August 13, 2020 | 27,896.72 |
| March 30, 2020 | 22,327.48 | May 14, 2020 | 23,625.34 | June 30, 2020 | 25,812.88 | August 14, 2020 | 27,931.02 |
| March 31, 2020 | 21,917.16 | May 15, 2020 | 23,685.42 | July 1, 2020 | 25,734.97 | August 17, 2020 | 27,844.91 |
| April 1, 2020 | 20,943.51 | May 18, 2020 | 24,597.37 | July 2, 2020 | 25,827.36 | August 18, 2020 | 27,778.07 |
| April 2, 2020 | 21,413.44 | May 19, 2020 | 24,206.86 | July 6, 2020 | 26,287.03 | August 19, 2020 | 27,692.88 |
| April 3, 2020 | 21,052.53 | May 20, 2020 | 24,575.90 | July 7, 2020 | 25,890.18 | August 20, 2020 | 27,739.73 |
| April 6, 2020 | 22,679.99 | May 21, 2020 | 24,474.12 | July 8, 2020 | 26,067.28 | August 21, 2020 | 27,930.33 |
| April 7, 2020 | 22,653.86 | May 22, 2020 | 24,465.16 | July 9, 2020 | 25,706.09 | August 24, 2020 | 28,308.46 |
| April 8, 2020 | 23,433.57 | May 26, 2020 | 24,995.11 | July 10, 2020 | 26,075.30 | August 25, 2020 | 28,248.44 |
| April 9, 2020 | 23,719.37 | May 27, 2020 | 25,548.27 | July 13, 2020 | 26,085.80 | August 26, 2020 | 28,331.92 |
| April 13, 2020 | 23,390.77 | May 28, 2020 | 25,400.64 | July 14, 2020 | 26,642.59 | August 27, 2020 | 28,492.27 |
| April 14, 2020 | 23,949.76 | May 29, 2020 | 25,383.11 | July 15, 2020 | 26,870.10 | August 28, 2020 | 28,653.87 |
| April 15, 2020 | 23,504.35 | June 1, 2020 | 25,475.02 | July 16, 2020 | 26,734.71 | August 31, 2020 | 28,430.05 |
| April 16, 2020 | 23,537.68 | June 2, 2020 | 25,742.65 | July 17, 2020 | 26,671.95 | September 1, 2020 | 28,645.66 |
| April 17, 2020 | 24,242.49 | June 3, 2020 | 26,269.89 | July 20, 2020 | 26,680.87 | September 2, 2020 | 29,100.50 |
| April 20, 2020 | 23,650.44 | June 4, 2020 | 26,281.82 | July 21, 2020 | 26,840.40 | September 3, 2020 | 28,292.73 |
| April 21, 2020 | 23,018.88 | June 5, 2020 | 27,110.98 | July 22, 2020 | 27,005.84 | September 4, 2020 | 28,133.31 |
| April 22, 2020 | 23,475.82 | June 8, 2020 | 27,572.44 | July 23, 2020 | 26,652.33 | September 8, 2020 | 27,500.89 |
| April 23, 2020 | 23,515.26 | June 9, 2020 | 27,272.30 | July 24, 2020 | 26,469.89 | September 9, 2020 | 27,940.47 |
| April 24, 2020 | 23,775.27 | June 10, 2020 | 26,989.99 | July 27, 2020 | 26,584.77 | September 10, 2020 | 27,534.58 |
| April 27, 2020 | 24,133.78 | June 11, 2020 | 25,128.17 | July 28, 2020 | 26,379.28 | September 11, 2020 | 27,665.64 |
| April 28, 2020 | 24,101.55 | June 12, 2020 | 25,605.54 | July 29, 2020 | 26,539.57 | September 14, 2020 | 27,993.33 |
| April 29, 2020 | 24,633.86 | June 15, 2020 | 25,763.16 | July 30, 2020 | 26,313.65 | September 15, 2020 | 27,995.60 |
| April 30, 2020 | 24,345.72 | June 16, 2020 | 26,289.98 | July 31, 2020 | 26,428.32 | September 16, 2020 | 28,032.38 |
| May 1, 2020 | 23,723.69 | June 17, 2020 | 26,119.61 | August 3, 2020 | 26,664.40 | September 17, 2020 | 27,901.98 |
| May 4, 2020 | 23,749.76 | June 18, 2020 | 26,080.10 | August 4, 2020 | 26,828.47 | September 18, 2020 | 27,657.42 |
| May 5, 2020 | 23,883.09 | June 19, 2020 | 25,871.46 | August 5, 2020 | 27,201.52 | September 21, 2020 | 27,147.70 |

**Dow Jones Industrial Average Closing Prices (March 20, 2020 to March 19, 2021)**

| Date | DJIA | Date | DJIA | Date | DJIA | Date | DJIA |
|---|---|---|---|---|---|---|---|
| September 22, 2020 | 27,288.18 | November 5, 2020 | 28,390.18 | December 22, 2020 | 30,015.51 | February 9, 2021 | 31,375.83 |
| September 23, 2020 | 26,763.13 | November 6, 2020 | 28,323.40 | December 23, 2020 | 30,129.83 | February 10, 2021 | 31,437.80 |
| September 24, 2020 | 26,815.44 | November 9, 2020 | 29,157.97 | December 24, 2020 | 30,199.87 | February 11, 2021 | 31,430.70 |
| September 25, 2020 | 27,173.96 | November 10, 2020 | 29,420.92 | December 28, 2020 | 30,403.97 | February 12, 2021 | 31,458.40 |
| September 28, 2020 | 27,584.06 | November 11, 2020 | 29,397.63 | December 29, 2020 | 30,335.67 | February 16, 2021 | 31,522.75 |
| September 29, 2020 | 27,452.66 | November 12, 2020 | 29,080.17 | December 30, 2020 | 30,409.56 | February 17, 2021 | 31,613.02 |
| September 30, 2020 | 27,781.70 | November 13, 2020 | 29,479.81 | December 31, 2020 | 30,606.48 | February 18, 2021 | 31,493.34 |
| October 1, 2020 | 27,816.90 | November 16, 2020 | 29,950.44 | January 4, 2021 | 30,223.89 | February 19, 2021 | 31,494.32 |
| October 2, 2020 | 27,682.81 | November 17, 2020 | 29,783.35 | January 5, 2021 | 30,391.60 | February 22, 2021 | 31,521.69 |
| October 5, 2020 | 28,148.64 | November 18, 2020 | 29,438.42 | January 6, 2021 | 30,829.40 | February 23, 2021 | 31,537.35 |
| October 6, 2020 | 27,772.76 | November 19, 2020 | 29,483.23 | January 7, 2021 | 31,041.13 | February 24, 2021 | 31,961.86 |
| October 7, 2020 | 28,303.46 | November 20, 2020 | 29,263.48 | January 8, 2021 | 31,097.97 | February 25, 2021 | 31,402.01 |
| October 8, 2020 | 28,425.51 | November 23, 2020 | 29,591.27 | January 11, 2021 | 31,008.69 | February 26, 2021 | 30,932.37 |
| October 9, 2020 | 28,586.90 | November 24, 2020 | 30,046.24 | January 12, 2021 | 31,068.69 | March 1, 2021 | 31,535.51 |
| October 12, 2020 | 28,837.52 | November 25, 2020 | 29,872.47 | January 13, 2021 | 31,060.47 | March 2, 2021 | 31,391.52 |
| October 13, 2020 | 28,679.81 | November 27, 2020 | 29,910.37 | January 14, 2021 | 30,991.52 | March 3, 2021 | 31,270.09 |
| October 14, 2020 | 28,514.00 | November 30, 2020 | 29,638.64 | January 15, 2021 | 30,814.26 | March 4, 2021 | 30,924.14 |
| October 15, 2020 | 28,494.20 | December 1, 2020 | 29,823.92 | January 19, 2021 | 30,930.52 | March 5, 2021 | 31,496.30 |
| October 16, 2020 | 28,606.31 | December 2, 2020 | 29,883.79 | January 20, 2021 | 31,188.38 | March 8, 2021 | 31,802.44 |
| October 19, 2020 | 28,195.42 | December 3, 2020 | 29,969.52 | January 21, 2021 | 31,176.01 | March 9, 2021 | 31,832.74 |
| October 20, 2020 | 28,308.79 | December 4, 2020 | 30,218.26 | January 22, 2021 | 30,996.98 | March 10, 2021 | 32,297.02 |
| October 21, 2020 | 28,210.82 | December 7, 2020 | 30,069.79 | January 25, 2021 | 30,960.00 | March 11, 2021 | 32,485.59 |
| October 22, 2020 | 28,363.66 | December 8, 2020 | 30,173.88 | January 26, 2021 | 30,937.04 | March 12, 2021 | 32,778.64 |
| October 23, 2020 | 28,335.57 | December 9, 2020 | 30,068.81 | January 27, 2021 | 30,303.17 | March 15, 2021 | 32,953.46 |
| October 26, 2020 | 27,685.38 | December 10, 2020 | 29,999.26 | January 28, 2021 | 30,603.36 | March 16, 2021 | 32,825.95 |
| October 27, 2020 | 27,463.19 | December 11, 2020 | 30,046.37 | January 29, 2021 | 29,982.62 | March 17, 2021 | 33,015.37 |
| October 28, 2020 | 26,519.95 | December 14, 2020 | 29,861.55 | February 1, 2021 | 30,211.91 | March 18, 2021 | 32,862.30 |
| October 29, 2020 | 26,659.11 | December 15, 2020 | 30,199.31 | February 2, 2021 | 30,687.48 | March 19, 2021 | 32,627.97 |
| October 30, 2020 | 26,501.60 | December 16, 2020 | 30,154.54 | February 3, 2021 | 30,723.60 | | |
| November 2, 2020 | 26,925.05 | December 17, 2020 | 30,303.37 | February 4, 2021 | 31,055.86 | | |
| November 3, 2020 | 27,480.03 | December 18, 2020 | 30,179.05 | February 5, 2021 | 31,148.24 | | |
| November 4, 2020 | 27,847.66 | December 21, 2020 | 30,216.45 | February 8, 2021 | 31,385.76 | | |