# Exhibit  8

# FORM ADV

**UNIFORM APPLICATION FOR INVESTMENT ADVISER REGISTRATION AND REPORT BY EXEMPT REPORTING ADVISERS**

| | |
|---|---|
| **Primary Business Name: HUDSON BAY CAPITAL MANAGEMENT LP** | **CRD Number: 155910** |
| **Annual Amendment - All Sections** | **Rev. 10/2021** |
| 3/30/2022 12:18:11 PM | |

**WARNING:** Complete this form truthfully. False statements or omissions may result in denial of your application, revocation of your registration, or criminal prosecution. You must keep this form updated by filing periodic amendments. See Form ADV General Instruction 4.

**Item 1 Identifying Information**

Responses to this Item tell us who you are, where you are doing business, and how we can contact you. If you are filing an *umbrella registration*, the information in Item 1 should be provided for the *filing adviser* only. General Instruction 5 provides information to assist you with filing an *umbrella registration*.

A. Your full legal name (if you are a sole proprietor, your last, first, and middle names):
   **HUDSON BAY CAPITAL MANAGEMENT LP**

B. (1) Name under which you primarily conduct your advisory business, if different from Item 1.A.
   **HUDSON BAY CAPITAL MANAGEMENT LP**

   List on *Section 1.B. of Schedule D* any additional names under which you conduct your advisory business.

   (2) If you are using this Form ADV to register more than one investment adviser under an *umbrella registration*, check this box ☐

   If you check this box, complete a Schedule R for each relying adviser.

C. If this filing is reporting a change in your legal name (Item 1.A.) or primary business name (Item 1.B.(1)), enter the new name and specify whether the name change is of
   ☐ your legal name or ☐ your primary business name:

D. (1) If you are registered with the SEC as an investment adviser, your SEC file number: **801-73536**

   (2) If you report to the SEC as an *exempt reporting adviser*, your SEC file number:

   (3) If you have one or more Central Index Key numbers assigned by the SEC ("CIK Numbers"), all of your CIK numbers:

   | CIK Number |
   |---|
   | 1393825 |

E. (1) If you have a number ("CRD Number") assigned by the *FINRA's CRD* system or by the IARD system, your *CRD* number: **155910**

   If your firm does not have a CRD number, skip this Item 1.E. Do not provide the CRD number of one of your officers, employees, or affiliates.

   (2) If you have additional *CRD* Numbers, your additional *CRD* numbers:

   No Information Filed

F. *Principal Office and Place of Business*
   (1) Address (do not use a P.O. Box):

   | Number and Street 1: | | Number and Street 2: | |
   |---|---|---|---|
   | 28 HAVEMEYER PLACE | | 2ND FLOOR | |
   | City: | State: | Country: | ZIP+4/Postal Code: |
   | GREENWICH | Connecticut | United States | 06830 |

   If this address is a private residence, check this box: ☐

   List on *Section 1.F. of Schedule D* any office, other than your principal office and place of business, at which you conduct investment advisory business. If you are applying for registration, or are registered, with one or more state securities authorities, you must list all of your offices in the state or states to which you are applying for registration or with whom you are registered. If you are applying for SEC registration, if you are registered only with the SEC, or if you are reporting to the SEC as an exempt reporting adviser, list the largest twenty-five offices in terms of numbers of employees as of the end of your most recently completed fiscal year.

   (2) Days of week that you normally conduct business at your *principal office and place of business*:
   ⦿ Monday - Friday ◯ Other:

   Normal business hours at this location:
   9:00 A.M. TO 5:00 P.M.

   (3) Telephone number at this location:
   203-718-5690

   (4) Facsimile number at this location, if any:

   (5) What is the total number of offices, other than your *principal office and place of business*, at which you conduct investment advisory business as of

238

(f)  If "yes" to (e) above, is the auditing firm subject to regular inspection by the Public Company Accounting Oversight Board in accordance with its rules?    ⦿  ○

**Yes  No**

(g)  Are the *private fund's* audited financial statements for the most recently completed fiscal year distributed to the *private fund's* investors?    ⦿  ○

(h)  Do all of the reports prepared by the auditing firm for the *private fund* since your last *annual updating amendment* contain unqualified opinions?

⦿ Yes  ○ No  ○ Report Not Yet Received

*If you check "Report Not Yet Received," you must promptly file an amendment to your Form ADV to update your response when the report is available.*

**Prime Broker**

**Yes  No**

24.  (a)  Does the *private fund* use one or more prime brokers?    ⦿  ○

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

---

**Additional Prime Broker Information : 8 Record(s) Filed.**

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
BARCLAYS CAPITAL INC.

(c)  If the prime broker is registered with the SEC, its registration number:
8 - 41342
CRD Number (if any):
19714

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

**Yes  No**

(e)  Does this prime broker act as custodian for some or all of the *private fund's* assets?    ⦿  ○

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
BNP PARIBAS

(c)  If the prime broker is registered with the SEC, its registration number:
-
CRD Number (if any):

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

**Yes  No**

(e)  Does this prime broker act as custodian for some or all of the *private fund's* assets?    ○  ⦿

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:

GOLDMAN SACHS & CO. LLC

(c)  If the prime broker is registered with the SEC, its registration number:

8 - 129

CRD Number (if any):

361

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

City:                           State:                          Country:
NEW YORK                        New York                       United States

                                                                                    **Yes  No**
(e)  Does this prime broker act as custodian for some or all of the *private fund*'s assets?   ⦿    ○

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
MERRILL LYNCH INTERNATIONAL

(c)  If the prime broker is registered with the SEC, its registration number:

-

CRD Number (if any):

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

City:                           State:                          Country:
LONDON                                                         United Kingdom

                                                                                    **Yes  No**
(e)  Does this prime broker act as custodian for some or all of the *private fund*'s assets?   ⦿    ○

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
MERRILL LYNCH PROFESSIONAL CLEARING CORP.

(c)  If the prime broker is registered with the SEC, its registration number:

8 - 33359

CRD Number (if any):

16139

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

City:                           State:                          Country:
NEW YORK                        New York                       United States

                                                                                    **Yes  No**
(e)  Does this prime broker act as custodian for some or all of the *private fund*'s assets?   ⦿    ○

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
NATIONAL FINANCIAL SERVICES LLC

(c)  If the prime broker is registered with the SEC, its registration number:

8 - 26740

CRD Number (if any):

13041

(d) Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

| | Yes | No |
|---|---|---|
| (e) Does this prime broker act as custodian for some or all of the *private fund's* assets? | ⦿ | ○ |

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b) Name of the prime broker:
STATE STREET BANK AND TRUST CO.

(c) If the prime broker is registered with the SEC, its registration number:
-

CRD Number (if any):

(d) Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| BOSTON | Massachusetts | United States |

| | Yes | No |
|---|---|---|
| (e) Does this prime broker act as custodian for some or all of the *private fund's* assets? | ⦿ | ○ |

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b) Name of the prime broker:
UBS SECURITIES LLC

(c) If the prime broker is registered with the SEC, its registration number:
8 - 22651

CRD Number (if any):
7654

(d) Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

| | Yes | No |
|---|---|---|
| (e) Does this prime broker act as custodian for some or all of the *private fund's* assets? | ⦿ | ○ |

---

## Custodian

| | Yes | No |
|---|---|---|
| 25. (a) Does the *private fund* use any custodians (including the prime brokers listed above) to hold some or all of its assets? | ⦿ | ○ |

If the answer to question 25.(a) is "yes," respond to questions (b) through (g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

**Additional Custodian Information : 11 Record(s) Filed.**

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
BARCLAYS BANK PLC

(c) Primary business name of custodian:
BARCLAYS BANK PLC

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: MD | Country: |
|---|---|---|
| LONDON | | United Kingdom |

|  | Yes | No |
|---|---|---|
| (e) Is the custodian a *related person* of your firm? | ○ | ◉ |

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):

-

CRD Number (if any):

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
BARCLAYS CAPITAL INC.

(c) Primary business name of custodian:
BARCLAYS CAPITAL INC.

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

|  | Yes | No |
|---|---|---|
| (e) Is the custodian a *related person* of your firm? | ○ | ◉ |

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):

8 - 41342

CRD Number (if any):
19714

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
BNP PARIBAS

(c) Primary business name of custodian:
BNP PARIBAS

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

|  | Yes | No |
|---|---|---|
| (e) Is the custodian a *related person* of your firm? | ○ | ◉ |

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):

-

CRD Number (if any):

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
     BNP PARIBAS SECURITIES CORP.

(c)  Primary business name of custodian:
     BNP PARIBAS SECURITIES CORP.

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

                                                                      **Yes  No**

(e)  Is the custodian a *related person* of your firm?                               ○   ◉

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):
     8 - 32682

     CRD Number (if any):
     15794

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
     GOLDMAN SACHS & CO. LLC

(c)  Primary business name of custodian:
     GOLDMAN SACHS & CO. LLC

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

  **Yes  No**

(e)  Is the custodian a *related person* of your firm?                               ○   ◉

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):
     8 - 129

     CRD Number (if any):
     361

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
     MERRILL LYNCH INTERNATIONAL

(c)  Primary business name of custodian:
     MERRILL LYNCH INTERNATIONAL

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|

(e)  Is the custodian a *related person* of your firm?                                           **Yes  No**
                                                                                                  ○    ⦿

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):
     -

     CRD Number (if any):

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
     MERRILL LYNCH PROFESSIONAL CLEARING CORP.

(c)  Primary business name of custodian:
     MERRILL LYNCH PROFESSIONAL CLEARING CORP.

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):
     City:                          State:                       Country:
     NEW YORK                       New York                     United States

(e)  Is the custodian a *related person* of your firm?                                           **Yes  No**
                                                                                                  ○    ⦿

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):
     8 - 33359

     CRD Number (if any):
     16139

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)
     549300PMHS66E71I2D34

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
     NATIONAL FINANCIAL SERVICES LLC

(c)  Primary business name of custodian:
     NATIONAL FINANCIAL SERVICES LLC

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):
     City:                          State:                       Country:
     NEW YORK                       New York                     United States

(e)  Is the custodian a *related person* of your firm?                                           **Yes  No**
                                                                                                  ○    ⦿

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):
     8 - 26740

     CRD Number (if any):
     13041

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
STATE STREET BANK AND TRUST CO.

(c)  Primary business name of custodian:
STATE STREET BANK AND TRUST CO.

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| BOSTON | Massachusetts | United States |

**Yes No**

(e)  Is the custodian a *related person* of your firm?   ○ ◉

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):
-
CRD Number (if any):

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)
571474GEMMWANRLN572

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
UBS AG

(c)  Primary business name of custodian:
UBS AG

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

**Yes No**

(e)  Is the custodian a *related person* of your firm?   ○ ◉

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):
-
CRD Number (if any):

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
UBS SECURITIES LLC

(c)  Primary business name of custodian:
UBS SECURITIES LLC

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|

**Yes No**

(e) Is the custodian a *related person* of your firm?    ○ ●

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):

8 - 22651

CRD Number (if any):

7654

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

T6FIZBDPKLYJKFCRVK44

## Administrator

**Yes No**

26. (a) Does the *private fund* use an administrator other than your firm?    ● ○

If the answer to question 26.(a) is "yes," respond to questions (b) through (f) below. If the *private fund* uses more than one administrator, you must complete questions (b) through (f) separately for each administrator.

**Additional Administrator Information : 1 Record(s) Filed.**

If the answer to question 26.(a) is "yes," respond to questions (b) through (f) below. If the *private fund* uses more than one administrator, you must complete questions (b) through (f) separately for each administrator.

(b) Name of administrator:

STATE STREET BANK AND TRUST COMPANY

(c) Location of administrator (city, state and country):

| City: | State: | Country: |
|---|---|---|
| BOSTON | Massachusetts | United States |

**Yes No**

(d) Is the administrator a *related person* of your firm?    ○ ●

(e) Does the administrator prepare and send investor account statements to the *private fund's* investors?
    ● Yes (provided to all investors)  ○ Some (provided to some but not all investors)  ○ No (provided to no investors)

(f) If the answer to question 26.(e) is "no" or "some," who sends the investor account statements to the (rest of the) *private fund's* investors? If investor account statements are not sent to the (rest of the) *private fund's* investors, respond "not applicable."

27. During your last fiscal year, what percentage of the *private fund's* assets (by value) was valued by a *person*, such as an administrator, that is not your *related person*?

100%

Include only those assets where (i) such *person* carried out the valuation procedure established for that asset, if any, including obtaining any relevant quotes, and (ii) the valuation used for purposes of investor subscriptions, redemptions or distributions, and fee calculations (including allocations) was the valuation determined by such *person*.

## Marketers

**Yes No**

28. (a) Does the *private fund* use the services of someone other than you or your *employees* for marketing purposes?    ○ ●

You must answer "yes" whether the *person* acts as a placement agent, consultant, finder, introducer, municipal advisor or other solicitor, or similar *person*. If the answer to question 28.(a) is "yes," respond to questions (b) through (g) below for each such marketer the *private fund* uses. If the *private fund* uses more than one marketer you must complete questions (b) through (g) separately for each marketer.

No Information Filed

A. PRIVATE FUND

**Information About the *Private Fund***

**FORM ADV**

**UNIFORM APPLICATION FOR INVESTMENT ADVISER REGISTRATION AND REPORT BY EXEMPT REPORTING ADVISERS**

| | |
|---|---|
| **Primary Business Name: PALOMA PARTNERS MANAGEMENT COMPANY** | **CRD Number: 138460** |
| **Other-Than-Annual Amendment - All Sections** | **Rev. 10/2021** |
| **3/31/2022 6:20:06 PM** | |

---

**WARNING:** Complete this form truthfully. False statements or omissions may result in denial of your application, revocation of your registration, or criminal prosecution. You must keep this form updated by filing periodic amendments. See Form ADV General Instruction 4.

**Item 1 Identifying Information**

Responses to this Item tell us who you are, where you are doing business, and how we can contact you. If you are filing an *umbrella registration*, the information in Item 1 should be provided for the *filing adviser* only. General Instruction 5 provides information to assist you with filing an *umbrella registration*.

A.   Your full legal name (if you are a sole proprietor, your last, first, and middle names):
  **PALOMA PARTNERS MANAGEMENT COMPANY**

B.   (1) Name under which you primarily conduct your advisory business, if different from Item 1.A.
  **PALOMA PARTNERS MANAGEMENT COMPANY**

  *List on Section 1.B. of Schedule D any additional names under which you conduct your advisory business.*

  (2) If you are using this Form ADV to register more than one investment adviser under an *umbrella registration*, check this box ☑

  *If you check this box, complete a Schedule R for each relying adviser.*

C.   If this filing is reporting a change in your legal name (Item 1.A.) or primary business name (Item 1.B.(1)), enter the new name and specify whether the name change is of
  ☐ your legal name or ☐ your primary business name:

D.   (1) If you are registered with the SEC as an investment adviser, your SEC file number: **801-72796**
  (2) If you report to the SEC as an *exempt reporting adviser*, your SEC file number:
  (3) If you have one or more Central Index Key numbers assigned by the SEC ("CIK Numbers"), all of your CIK numbers:

| CIK Number |
|---|
| 1103882 |

E.   (1) If you have a number ("*CRD* Number") assigned by the *FINRA's CRD* system or by the IARD system, your *CRD* number: **138460**

  *If your firm does not have a CRD number, skip this Item 1.E. Do not provide the CRD number of one of your officers, employees, or affiliates.*

  (2) If you have additional *CRD* Numbers, your additional *CRD* numbers:

No Information Filed

F.   *Principal Office and Place of Business*
  (1) Address (do not use a P.O. Box):

| Number and Street 1: | | Number and Street 2: | |
|---|---|---|---|
| 2 AMERICAN LANE | | | |
| City: | State: | Country: | ZIP+4/Postal Code: |
| GREENWICH | Connecticut | United States | 06836-2571 |

  If this address is a private residence, check this box: ☐

  *List on Section 1.F. of Schedule D any office, other than your principal office and place of business, at which you conduct investment advisory business. If you are applying for registration, or are registered, with one or more state securities authorities, you must list all of your offices in the state or states to which you are applying for registration or with whom you are registered. If you are applying for SEC registration, if you are registered only with the SEC, or if you are reporting to the SEC as an exempt reporting adviser, list the largest twenty-five offices in terms of numbers of employees as of the end of your most recently completed fiscal year.*

  (2) Days of week that you normally conduct business at your *principal office and place of business:*
  ◉ Monday - Friday ○ Other:
  Normal business hours at this location:
  9:00 AM-5:00 PM
  (3) Telephone number at this location:
  203-862-8000
  (4) Facsimile number at this location, if any:
  (5) What is the total number of offices, other than your *principal office and place of business*, at which you conduct investment advisory business as of the

(b) Name of the auditing firm:
ERNST & YOUNG LTD.

(c) The location of the auditing firm's office responsible for the *private fund's* audit (city, state and country):

City:                                          State:                      Country:
GRAND CAYMAN KY1-1106                                               Cayman Islands

|  |  | Yes | No |
|---|---|:---:|:---:|
| (d) | Is the auditing firm an *independent public accountant*? | ● | ○ |
| (e) | Is the auditing firm registered with the Public Company Accounting Oversight Board? | ● | ○ |

If yes, Public Company Accounting Oversight Board-Assigned Number:
1655

|  |  | Yes | No |
|---|---|:---:|:---:|
| (f) | If "yes" to (e) above, is the auditing firm subject to regular inspection by the Public Company Accounting Oversight Board in accordance with its rules? | ● | ○ |

|  |  | Yes | No |
|---|---|:---:|:---:|
| (g) | Are the *private fund's* audited financial statements for the most recently completed fiscal year distributed to the *private fund's* investors? | ● | ○ |

(h) Do all of the reports prepared by the auditing firm for the *private fund* since your last *annual updating amendment* contain unqualified opinions?

● Yes   ○ No   ○ Report Not Yet Received

*If you check "Report Not Yet Received," you must promptly file an amendment to your Form ADV to update your response when the report is available.*

### Prime Broker

|  |  | Yes | No |
|---|---|:---:|:---:|
| 24. (a) | Does the *private fund* use one or more prime brokers? | ● | ○ |

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

---

**Additional Prime Broker Information : 17 Record(s) Filed.**

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b) Name of the prime broker:
BARCLAYS BANK PLC

(c) If the prime broker is registered with the SEC, its registration number:
-
CRD Number (if any):

(d) Location of prime broker's office used principally by the *private fund* (city, state and country):

City:                         State:                    Country:
LONDON                                                United Kingdom

|  |  | Yes | No |
|---|---|:---:|:---:|
| (e) | Does this prime broker act as custodian for some or all of the *private fund's* assets? | ● | ○ |

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b) Name of the prime broker:
BARCLAYS CAPITAL INC.

(c) If the prime broker is registered with the SEC, its registration number:
8 - 41342
CRD Number (if any):
19714

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

City:                          State:                          Country:
NEW YORK                       New York                       United States

                                                                 Yes  No

(e)  Does this prime broker act as custodian for some or all of the *private fund's* assets?            ◉    ○

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
BNP PARIBAS

(c)  If the prime broker is registered with the SEC, its registration number:
-
CRD Number (if any):


(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

City:                          State:                          Country:
PARIS                                                         France

                                                                  Yes  No

(e)  Does this prime broker act as custodian for some or all of the *private fund's* assets?            ◉    ○

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
BNP PARIBAS SECURITIES CORP.

(c)  If the prime broker is registered with the SEC, its registration number:
8 - 32682
CRD Number (if any):
15794

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

City:                          State:                          Country:
NEW YORK                       New York                       United States

                                                                  Yes  No

(e)  Does this prime broker act as custodian for some or all of the *private fund's* assets?            ◉    ○

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
BOFA SECURITIES, INC.

(c)  If the prime broker is registered with the SEC, its registration number:
8 - 69787
CRD Number (if any):
283942

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

City:                          State:                          Country:
NEW YORK                       New York                       United States

                                                                  Yes  No

(e)  Does this prime broker act as custodian for some or all of the *private fund's* assets?            ◉    ○

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
CITIGROUP GLOBAL MARKETS INC.

(c)  If the prime broker is registered with the SEC, its registration number:

8 - 8177

CRD Number (if any):
7059

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

Yes  No

(e)  Does this prime broker act as custodian for some or all of the *private fund's* assets?   ⦿   ○

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
DEUTSCHE BANK AG

(c)  If the prime broker is registered with the SEC, its registration number:

-

CRD Number (if any):

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| LONDON | | United Kingdom |

Yes  No

(e)  Does this prime broker act as custodian for some or all of the *private fund's* assets?   ⦿   ○

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
DEUTSCHE BANK SECURITIES INC.

(c)  If the prime broker is registered with the SEC, its registration number:

8 - 17822

CRD Number (if any):
2525

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

Yes  No

(e)  Does this prime broker act as custodian for some or all of the *private fund's* assets?   ⦿   ○

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:

(c)  If the prime broker is registered with the SEC, its registration number:

8 - 129

CRD Number (if any):
361

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

**Yes  No**

(e)  Does this prime broker act as custodian for some or all of the *private fund's* assets?    ◉   ○

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
GOLDMAN SACHS INTERNATIONAL

(c)  If the prime broker is registered with the SEC, its registration number:

-

CRD Number (if any):

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| LONDON | | United Kingdom |

**Yes  No**

(e)  Does this prime broker act as custodian for some or all of the *private fund's* assets?    ◉   ○

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
J.P. MORGAN SECURITIES LLC

(c)  If the prime broker is registered with the SEC, its registration number:

8 - 35008

CRD Number (if any):
79

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

**Yes  No**

(e)  Does this prime broker act as custodian for some or all of the *private fund's* assets?    ◉   ○

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
MERRILL LYNCH INTERNATIONAL

(c)  If the prime broker is registered with the SEC, its registration number:

-

CRD Number (if any):

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

City:
LONDON

State:

Country:
United Kingdom

|  | Yes | No |
|---|---|---|
| (e)  Does this prime broker act as custodian for some or all of the *private fund's* assets? | ◉ | ○ |

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
MERRILL LYNCH PROFESSIONAL CLEARING CORP.

(c)  If the prime broker is registered with the SEC, its registration number:
8 - 33359

CRD Number (if any):
16139

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

City:
NEW YORK

State:
New York

Country:
United States

|  | Yes | No |
|---|---|---|
| (e)  Does this prime broker act as custodian for some or all of the *private fund's* assets? | ◉ | ○ |

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
MORGAN STANLEY & CO. INTERNATIONAL PLC

(c)  If the prime broker is registered with the SEC, its registration number:
-

CRD Number (if any):

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

City:
LONDON

State:

Country:
United Kingdom

|  | Yes | No |
|---|---|---|
| (e)  Does this prime broker act as custodian for some or all of the *private fund's* assets? | ◉ | ○ |

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b)  Name of the prime broker:
MORGAN STANLEY & CO. LLC

(c)  If the prime broker is registered with the SEC, its registration number:
8 - 15869

CRD Number (if any):
8209

(d)  Location of prime broker's office used principally by the *private fund* (city, state and country):

City:
NEW YORK

State:
New York

Country:
United States

|  | Yes | No |
|---|---|---|
| (e)  Does this prime broker act as custodian for some or all of the *private fund's* assets? | ◉ | ○ |

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b) Name of the prime broker:
UBS AG

(c) If the prime broker is registered with the SEC, its registration number:
-
CRD Number (if any):


(d) Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| ZURICH | | Switzerland |

| | Yes | No |
|---|---|---|
| (e) Does this prime broker act as custodian for some or all of the *private fund's* assets? | ⦿ | ○ |

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b) Name of the prime broker:
UBS SECURITIES LLC

(c) If the prime broker is registered with the SEC, its registration number:
8 - 22651
CRD Number (if any):
7654

(d) Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| STAMFORD | Connecticut | United States |

| | Yes | No |
|---|---|---|
| (e) Does this prime broker act as custodian for some or all of the *private fund's* assets? | ⦿ | ○ |

## Custodian

| | Yes | No |
|---|---|---|
| 25. (a) Does the *private fund* use any custodians (including the prime brokers listed above) to hold some or all of its assets? | ⦿ | ○ |

If the answer to question 25.(a) is "yes," respond to questions (b) through (g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

**Additional Custodian Information : 24 Record(s) Filed.**

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
BARCLAYS BANK PLC

(c) Primary business name of custodian:
BARCLAYS BANK PLC

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| LONDON | | United Kingdom |

| | Yes | No |
|---|---|---|
| (e) Is the custodian a *related person* of your firm? | ○ | ⦿ |

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):

CRD Number (if any):

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
BARCLAYS CAPITAL INC.

(c) Primary business name of custodian:
BARCLAYS CAPITAL INC.

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
| NEW YORK | New York | United States |

**Yes  No**

(e) Is the custodian a *related person* of your firm?  ○  ◉

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):
8 - 41342

CRD Number (if any):
19714

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
BNP PARIBAS

(c) Primary business name of custodian:
BNP PARIBAS

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
| PARIS | | France |

**Yes  No**

(e) Is the custodian a *related person* of your firm?  ○  ◉

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):
-

CRD Number (if any):

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:

BNP PARIBAS SECURITIES CORP.

(c)  Primary business name of custodian:
BNP PARIBAS SECURITIES CORP.

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

(e)  Is the custodian a *related person* of your firm?    **Yes  No**    ○  ◉

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):
8 - 32682
CRD Number (if any):
15794

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
BOFA SECURITIES, INC.

(c)  Primary business name of custodian:
BOFA SECURITIES, INC.

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

(e)  Is the custodian a *related person* of your firm?    **Yes  No**    ○  ◉

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):
8 - 69787
CRD Number (if any):
283942

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
CITIGROUP GLOBAL MARKETS INC.

(c)  Primary business name of custodian:
CITIGROUP GLOBAL MARKETS INC.

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

(e)  Is the custodian a *related person* of your firm?    **Yes  No**    ○  ○

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):
8 - 8177

CRD Number (if any):
7059

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
CREDIT SUISSE SECURITIES (USA) LLC

(c)  Primary business name of custodian:
CREDIT SUISSE SECURITIES (USA) LLC

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

**Yes  No**

(e)  Is the custodian a *related person* of your firm?   ○ ●

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):
8 - 422

CRD Number (if any):
816

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
DEUTSCHE BANK AG

(c)  Primary business name of custodian:
DEUTSCHE BANK AG

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| LONDON | | United Kingdom |

**Yes  No**

(e)  Is the custodian a *related person* of your firm?   ○ ●

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):
-

CRD Number (if any):

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
DEUTSCHE BANK SECURITIES INC.

(c) Primary business name of custodian:
DEUTSCHE BANK TRUST COMPANY AMERICAS

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW | New York | United States |

|  | Yes | No |
|---|---|---|
| (e) Is the custodian a *related person* of your firm? | ○ | ◉ |

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):
8 - 17822

CRD Number (if any):
2525

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
GOLDMAN SACHS & CO. LLC

(c) Primary business name of custodian:
GOLDMAN SACHS & CO. LLC

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

|  | Yes | No |
|---|---|---|
| (e) Is the custodian a *related person* of your firm? | ○ | ◉ |

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):
8 - 129

CRD Number (if any):
361

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
GOLDMAN SACHS INTERNATIONAL

(c) Primary business name of custodian:
GOLDMAN SACHS INTERNATIONAL

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| LONDON | | United Kingdom |

|  | Yes | No |
|---|---|---|
| (e) Is the custodian a *related person* of your firm? | ○ | ◉ |

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):
-

CRD Number (if any):

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
J.P. MORGAN CHASE BANK, NA

(c) Primary business name of custodian:
J.P. MORGAN CHASE BANK, NA

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

**Yes No**

(e) Is the custodian a *related person* of your firm?    ○ ◉

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):
-
CRD Number (if any):

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
J.P. MORGAN SECURITIES LLC

(c) Primary business name of custodian:
J.P. MORGAN SECURITIES LLC

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

**Yes No**

(e) Is the custodian a *related person* of your firm?    ○ ◉

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):
8 - 35008
CRD Number (if any):
79

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
MERRILL LYNCH INTERNATIONAL

(c) Primary business name of custodian:
MERRILL LYNCH INTERNATIONAL

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

City:
LONDON

State:

Country:
United Kingdom

|  | Yes | No |
|---|---|---|
| (e) Is the custodian a *related person* of your firm? | ○ | ◉ |

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):

-

CRD Number (if any):

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
MERRILL LYNCH PROFESSIONAL CLEARING CORP.

(c) Primary business name of custodian:
MERRILL LYNCH PROFESSIONAL CLEARING CORP.

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

City:
NEW YORK

State:
New York

Country:
United States

|  | Yes | No |
|---|---|---|
| (e) Is the custodian a *related person* of your firm? | ○ | ◉ |

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):

8 - 33359

CRD Number (if any):
16139

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
MORGAN STANLEY & CO. INTERNATIONAL PLC

(c) Primary business name of custodian:
MORGAN STANLEY & CO. INTERNATIONAL PLC

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

City:
LONDON

State:

Country:
United Kingdom

|  | Yes | No |
|---|---|---|
| (e) Is the custodian a *related person* of your firm? | ○ | ◉ |

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):

-

CRD Number (if any):

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier*

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
MORGAN STANLEY & CO. LLC

(c)  Primary business name of custodian:
MORGAN STANLEY & CO. LLC

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|-------|--------|----------|
| NEW YORK | New York | United States |

**Yes  No**

(e)  Is the custodian a *related person* of your firm?           ○    ⦿

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):
8 - 15869

CRD Number (if any):
8209

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
SG AMERICAS SECURITIES, LLC

(c)  Primary business name of custodian:
SG AMERICAS SECURITIES, LLC

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|-------|--------|----------|
| NEW YORK | New York | United States |

**Yes  No**

(e)  Is the custodian a *related person* of your firm?           ○    ⦿

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):
8 - 66125

CRD Number (if any):
128351

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
THE BANK OF NEW YORK MELLON

(c)  Primary business name of custodian:
THE BANK OF NEW YORK MELLON

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

City:                             State:                        Country:

NEW YORK                       New York                    United States

|  | Yes | No |
|---|---|---|
| (e) Is the custodian a *related person* of your firm? | ○ | ◉ |

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):

-

CRD Number (if any):

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
THE BANK OF NOVA SCOTIA

(c) Primary business name of custodian:
THE BANK OF NOVA SCOTIA

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

City:                             State:                        Country:

TORONTO                                                  Canada

|  | Yes | No |
|---|---|---|
| (e) Is the custodian a *related person* of your firm? | ○ | ◉ |

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):

-

CRD Number (if any):

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
UBS AG

(c) Primary business name of custodian:
UBS AG

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

City:                             State:                        Country:

ZURICH                                            Switzerland

|  | Yes | No |
|---|---|---|
| (e) Is the custodian a *related person* of your firm? | ○ | ◉ |

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):

-

CRD Number (if any):

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
UBS SECURITIES LLC

(c)  Primary business name of custodian:
UBS SECURITIES LLC

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
| STAMFORD | Connecticut | United States |

|  | **Yes** | **No** |
| (e)  Is the custodian a *related person* of your firm? | ○ | ◉ |

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):
8 - 22651

CRD Number (if any):
7654

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
UBS SWITZERLAND AG

(c)  Primary business name of custodian:
UBS SWITZERLAND AG

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
| ZURICH |  | Switzerland |

|  | **Yes** | **No** |
| (e)  Is the custodian a *related person* of your firm? | ○ | ◉ |

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):
-

CRD Number (if any):

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
WELLS FARGO BANK NA

(c)  Primary business name of custodian:
WELLS FARGO BANK NA

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

City:                                State:                                Country:

**Yes  No**

(e)  Is the custodian a *related person* of your firm?                                       ○    ●

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):

-

CRD Number (if any):

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

<u>**Administrator**</u>

**Yes  No**

26.  (a)  Does the *private fund* use an administrator other than your firm?                  ●    ○

If the answer to question 26.(a) is "yes," respond to questions (b) through (f) below. If the *private fund* uses more than one administrator, you must complete questions (b) through (f) separately for each administrator.

> **Additional Administrator Information : 1 Record(s) Filed.**
>
> If the answer to question 26.(a) is "yes," respond to questions (b) through (f) below. If the *private fund* uses more than one administrator, you must complete questions (b) through (f) separately for each administrator.
>
> (b)  Name of administrator:
>
> SS&C TECHNOLOGIES, INC.
>
> (c)  Location of administrator (city, state and country):
>
> | City: | State: | Country: |
> | NEW YORK | New York | United States |
>
> **Yes  No**
>
> (d)  Is the administrator a *related person* of your firm?                               ○    ●
>
> (e)  Does the administrator prepare and send investor account statements to the *private fund's* investors?
>
> ● Yes (provided to all investors)  ○ Some (provided to some but not all investors)  ○ No (provided to no investors)
>
> (f)  If the answer to question 26.(e) is "no" or "some," who sends the investor account statements to the (rest of the) *private fund's* investors? If investor account statements are not sent to the (rest of the) *private fund's* investors, respond "not applicable."

27.  During your last fiscal year, what percentage of the *private fund's* assets (by value) was valued by a *person*, such as an administrator, that is not your *related person*?

93%

Include only those assets where (i) such *person* carried out the valuation procedure established for that asset, if any, including obtaining any relevant quotes, and (ii) the valuation used for purposes of investor subscriptions, redemptions or distributions, and fee calculations (including allocations) was the valuation determined by such *person*.

---

<u>**Marketers**</u>

**Yes  No**

28.  (a)  Does the *private fund* use the services of someone other than you or your *employees* for marketing purposes?   ○    ●

You must answer "yes" whether the *person* acts as a placement agent, consultant, finder, introducer, municipal advisor or other solicitor, or similar *person*. If the answer to question 28.(a) is "yes," respond to questions (b) through (g) below for each such marketer the *private fund* uses. If the *private fund* uses more than one marketer you must complete questions (b) through (g) separately for each marketer.

> No Information Filed

---

A. PRIVATE FUND

**<u>Information About the *Private Fund*</u>**

**FORM ADV**

**UNIFORM APPLICATION FOR INVESTMENT ADVISER REGISTRATION AND REPORT BY EXEMPT REPORTING ADVISERS**

| | |
|---|---|
| **Primary Business Name: SAMLYN CAPITAL, LLC** | **CRD Number: 158296** |
| **Annual Amendment - All Sections** | **Rev. 10/2021** |
| 3/30/2022 2:03:01 PM | |

**WARNING:** Complete this form truthfully. False statements or omissions may result in denial of your application, revocation of your registration, or criminal prosecution. You must keep this form updated by filing periodic amendments. See Form ADV General Instruction 4.

**Item 1 Identifying Information**

Responses to this Item tell us who you are, where you are doing business, and how we can contact you. If you are filing an *umbrella registration*, the information in Item 1 should be provided for the *filing adviser* only. General Instruction 5 provides information to assist you with filing an *umbrella registration*.

A. Your full legal name (if you are a sole proprietor, your last, first, and middle names):
   **SAMLYN CAPITAL, LLC**

B. (1) Name under which you primarily conduct your advisory business, if different from Item 1.A.
   **SAMLYN CAPITAL, LLC**

   List on *Section 1.B. of Schedule D* any additional names under which you conduct your advisory business.

   (2) If you are using this Form ADV to register more than one investment adviser under an *umbrella registration*, check this box ☐

   If you check this box, complete a Schedule R for each relying adviser.

C. If this filing is reporting a change in your legal name (Item 1.A.) or primary business name (Item 1.B.(1)), enter the new name and specify whether the name change is of
   ☐ your legal name or ☐ your primary business name:

D. (1) If you are registered with the SEC as an investment adviser, your SEC file number: **801-74035**
   (2) If you report to the SEC as an *exempt reporting adviser*, your SEC file number:
   (3) If you have one or more Central Index Key numbers assigned by the SEC ("CIK Numbers"), all of your CIK numbers:
   No Information Filed

E. (1) If you have a number ("*CRD* Number") assigned by the *FINRA's CRD* system or by the IARD system, your *CRD* number: **158296**

   If your firm does not have a CRD number, skip this Item 1.E. Do not provide the CRD number of one of your officers, employees, or affiliates.

   (2) If you have additional *CRD* Numbers, your additional *CRD* numbers:
   No Information Filed

F. *Principal Office and Place of Business*
   (1) Address (do not use a P.O. Box):
   Number and Street 1:                    Number and Street 2:
   500 PARK AVENUE                         2ND FLOOR
   City:              State:               Country:              ZIP+4/Postal Code:
   NEW YORK           New York             United States         10022

   If this address is a private residence, check this box: ☐

   List on *Section 1.F. of Schedule D* any office, other than your principal office and place of business, at which you conduct investment advisory business. If you are applying for registration, or are registered, with one or more state securities authorities, you must list all of your offices in the state or states to which you are applying for registration or with whom you are registered. If you are applying for SEC registration, if you are registered only with the SEC, or if you are reporting to the SEC as an exempt reporting adviser, list the largest twenty-five offices in terms of numbers of employees as of the end of your most recently completed fiscal year.

   (2) Days of week that you normally conduct business at your *principal office and place of business*:
   ◉ Monday - Friday ○ Other:
   Normal business hours at this location:
   7:30AM-6PM
   (3) Telephone number at this location:
   212-848-0500
   (4) Facsimile number at this location, if any:
   212-848-0501
   (5) What is the total number of offices, other than your *principal office and place of business*, at which you conduct investment advisory business as of

(f) If "yes" to (e) above, is the auditing firm subject to regular inspection by the Public Company Accounting Oversight Board in accordance with its rules?    ● ○

Yes No

(g) Are the *private fund's* audited financial statements for the most recently completed fiscal year distributed to the *private fund's* investors?    ● ○

(h) Do all of the reports prepared by the auditing firm for the *private fund* since your last *annual updating amendment* contain unqualified opinions?

● Yes    ○ No    ○ Report Not Yet Received

*If you check "Report Not Yet Received," you must promptly file an amendment to your Form ADV to update your response when the report is available.*

## **Prime Broker**

Yes No

24. (a) Does the *private fund* use one or more prime brokers?    ● ○

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

| **Additional Prime Broker Information : 6 Record(s) Filed.** |
| --- |

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b) Name of the prime broker:
BARCLAYS CAPITAL INC.

(c) If the prime broker is registered with the SEC, its registration number:
-
CRD Number (if any):

(d) Location of prime broker's office used principally by the *private fund* (city, state and country):
City:                  State:                  Country:
NEW YORK              New York              United States

Yes No

(e) Does this prime broker act as custodian for some or all of the *private fund's* assets?    ● ○

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b) Name of the prime broker:
FIDELITY PRIME SERVICES

(c) If the prime broker is registered with the SEC, its registration number:
-
CRD Number (if any):

(d) Location of prime broker's office used principally by the *private fund* (city, state and country):
City:                  State:                  Country:
NEW YORK              New York              United States

Yes No

(e) Does this prime broker act as custodian for some or all of the *private fund's* assets?    ● ○

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b) Name of the prime broker:
GOLDMAN, SACHS & CO.

(c) If the prime broker is registered with the SEC, its registration number:
-

CRD Number (if any):

(d) Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

|  | Yes | No |
|---|---|---|
| (e) Does this prime broker act as custodian for some or all of the *private fund's* assets? | ◉ | ○ |

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b) Name of the prime broker:
J.P. MORGAN CLEARING CORP.

(c) If the prime broker is registered with the SEC, its registration number:
-

CRD Number (if any):

(d) Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

|  | Yes | No |
|---|---|---|
| (e) Does this prime broker act as custodian for some or all of the *private fund's* assets? | ◉ | ○ |

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b) Name of the prime broker:
MORGAN STANLEY & CO., INC.

(c) If the prime broker is registered with the SEC, its registration number:
-

CRD Number (if any):

(d) Location of prime broker's office used principally by the *private fund* (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

|  | Yes | No |
|---|---|---|
| (e) Does this prime broker act as custodian for some or all of the *private fund's* assets? | ◉ | ○ |

---

If the answer to question 24.(a) is "yes," respond to questions (b) through (e) below for each prime broker the *private fund* uses. If the *private fund* uses more than one prime broker, you must complete questions (b) through (e) separately for each prime broker.

(b) Name of the prime broker:
NATIONAL FINANCIAL SERVICES LLC

(c) If the prime broker is registered with the SEC, its registration number:
-

CRD Number (if any):

(d) Location of prime broker's office used principally by the *private fund* (city, state and country):

City:                           State:                          Country:
NEW YORK                        New York                        United States

|  |  | Yes | No |
|---|---|---|---|
| (e) Does this prime broker act as custodian for some or all of the *private fund's* assets? |  | ⦿ | ○ |

## Custodian

|  | Yes | No |
|---|---|---|
| 25. (a) Does the *private fund* use any custodians (including the prime brokers listed above) to hold some or all of its assets? | ○ | ○ |

If the answer to question 25.(a) is "yes," respond to questions (b) through (g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

---

**Additional Custodian Information : 13 Record(s) Filed.**

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
BARCLAYS BANK PLC

(c) Primary business name of custodian:
BARCLAYS BANK PLC

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

City:                           State:                          Country:
LONDON                                                          United Kingdom

|  |  | Yes | No |
|---|---|---|---|
| (e) Is the custodian a *related person* of your firm? |  | ○ | ⦿ |

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):
-

CRD Number (if any):

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
BARCLAYS CAPITAL INC.

(c) Primary business name of custodian:
BARCLAYS CAPITAL INC.

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

City:                           State:                          Country:
NEW YORK                        New York                        United States

|  |  | Yes | No |
|---|---|---|---|
| (e) Is the custodian a *related person* of your firm? |  | ○ | ⦿ |

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):
-

CRD Number (if any):

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
FIDELITY PRIME SERVICES

(c)  Primary business name of custodian:
FIDELITY PRIME SERVICES

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

|  | Yes | No |
|---|---|---|
| (e)  Is the custodian a *related person* of your firm? | ○ | ◉ |

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):

-

CRD Number (if any):

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
GOLDMAN SACHS INTERNATIONAL

(c)  Primary business name of custodian:
GOLDMAN SACHS INTERNATIONAL

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| LONDON |  | United Kingdom |

|  | Yes | No |
|---|---|---|
| (e)  Is the custodian a *related person* of your firm? | ○ | ◉ |

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):

-

CRD Number (if any):

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
GOLDMAN, SACHS & CO.

(c)  Primary business name of custodian:
GOLDMAN, SACHS & CO.

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

(e) Is the custodian a *related person* of your firm?                                                  Yes  No
                                                                                                        ○    ◉

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):

     -
     CRD Number (if any):


(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
     J.P. MORGAN CLEARING CORP.

(c)  Primary business name of custodian:
     J.P. MORGAN CLEARING CORP.

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

     City:                          State:                     Country:
     NEW YORK                       New York                   United States

                                                                                                        Yes  No
(e)  Is the custodian a *related person* of your firm?                                                  ○    ◉

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):

     -
     CRD Number (if any):


(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
     JP MORGAN CHASE BANK, N.A.

(c)  Primary business name of custodian:
     JP MORGAN CHASE BANK, N.A.

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

     City:                          State:                     Country:
     NEW YORK                       New York                   United States

                                                                                                        Yes  No
(e)  Is the custodian a *related person* of your firm?                                                  ○    ◉

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):

     -
     CRD Number (if any):


(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
MERRILL LYNCH INTERNATIONAL

(c) Primary business name of custodian:
MERRILL LYNCH INTERNATIONAL

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

                                                                                               **Yes  No**
(e) Is the custodian a *related person* of your firm?                                            ○    ◉

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):
-
CRD Number (if any):

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
MORGAN STANLEY & CO. INTERNATIONAL PLC

(c) Primary business name of custodian:
MORGAN STANLEY & CO. INTERNATIONAL PLC

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| LONDON | | United Kingdom |

                                                                                               **Yes  No**
(e) Is the custodian a *related person* of your firm?                                            ○    ◉

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):
-
CRD Number (if any):

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:
MORGAN STANLEY & CO., INC.

(c) Primary business name of custodian:
MORGAN STANLEY & CO., INC.

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

                                                                                               **Yes  No**
(e) Is the custodian a *related person* of your firm?                                            ○    ◉

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):

-

CRD Number (if any):

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
MORGAN STANLEY CAPITAL SERVICES, LLC

(c)  Primary business name of custodian:
MORGAN STANLEY CAPITAL SERVICES, LLC

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

(e)  Is the custodian a *related person* of your firm?    **Yes** ○  **No** ◉

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):

-

CRD Number (if any):

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b)  Legal name of custodian:
NATIONAL FINANCIAL SERVICES LLC

(c)  Primary business name of custodian:
NATIONAL FINANCIAL SERVICES LLC

(d)  The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| NEW YORK | New York | United States |

(e)  Is the custodian a *related person* of your firm?    **Yes** ○  **No** ◉

(f)  If the custodian is a broker-dealer, provide its SEC registration number (if any):

-

CRD Number (if any):

(g)  If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

---

If the answer to question 25.(a) is "yes," respond to questions (b) through g) below for each custodian the *private fund* uses. If the *private fund* uses more than one custodian, you must complete questions (b) through (g) separately for each custodian.

(b) Legal name of custodian:

THE NORTHERN TRUST INTERNATIONAL BANKING CORPORATION

(c) Primary business name of custodian:

THE NORTHERN TRUST INTERNATIONAL BANKING CORPORATION

(d) The location of the custodian's office responsible for *custody* of the *private fund's* assets (city, state and country):

| City: | State: | Country: |
|---|---|---|
| JERSEY CITY | New Jersey | United States |

                        **Yes  No**

(e) Is the custodian a *related person* of your firm? ○ ◉

(f) If the custodian is a broker-dealer, provide its SEC registration number (if any):

-

CRD Number (if any):

(g) If the custodian is not a broker-dealer, or is a broker-dealer but does not have an SEC registration number, provide its *legal entity identifier* (if any)

### Administrator

                        **Yes  No**

26. (a) Does the *private fund* use an administrator other than your firm? ◉ ○

If the answer to question 26.(a) is "yes," respond to questions (b) through (f) below. If the *private fund* uses more than one administrator, you must complete questions (b) through (f) separately for each administrator.

**Additional Administrator Information : 1 Record(s) Filed.**

If the answer to question 26.(a) is "yes," respond to questions (b) through (f) below. If the *private fund* uses more than one administrator, you must complete questions (b) through (f) separately for each administrator.

(b) Name of administrator:

MORGAN STANLEY FUND SERVICES (CAYMAN) LTD.

(c) Location of administrator (city, state and country):

| City: | State: | Country: |
|---|---|---|
| DUBLIN | | Ireland |

                        **Yes  No**

(d) Is the administrator a *related person* of your firm? ○ ◉

(e) Does the administrator prepare and send investor account statements to the *private fund's* investors?

◉ Yes (provided to all investors)  ○ Some (provided to some but not all investors)  ○ No (provided to no investors)

(f) If the answer to question 26.(e) is "no" or "some," who sends the investor account statements to the (rest of the) *private fund's* investors? If investor account statements are not sent to the (rest of the) *private fund's* investors, respond "not applicable."

27. During your last fiscal year, what percentage of the *private fund's* assets (by value) was valued by a *person*, such as an administrator, that is not your *related person*?

0%

Include only those assets where (i) such *person* carried out the valuation procedure established for that asset, if any, including obtaining any relevant quotes, and (ii) the valuation used for purposes of investor subscriptions, redemptions or distributions, and fee calculations (including allocations) was the valuation determined by such *person*.

### Marketers

                        **Yes  No**

28. (a) Does the *private fund* use the services of someone other than you or your *employees* for marketing purposes? ○ ◉

You must answer "yes" whether the *person* acts as a placement agent, consultant, finder, introducer, municipal advisor or other solicitor, or similar *person*. If the answer to question 28.(a) is "yes," respond to questions (b) through (g) below for each such marketer the *private fund* uses. If the *private fund* uses more than one marketer you must complete questions (b) through (g) separately for each marketer.