# Exhibit 9

| | |
|---|---|
| Sent: | Tue, 2 Feb 2021 10:39:18 -0500 (EST) |
| To: | "WILLIAM TOMITA (\|ARCHEGOS CAPITAL MAN\|william.tomita@tigerasiafund.com)" <WTOMITA1@Bloomberg.net>; "NASTASSIA WEBER (\|GOLDMAN SACHS & CO L\|nastassia.weber@gs.com)" <NWEBER18@Bloomberg.net> |
| Subject: | IB Conversation, 2 participants, Hey Nastassia, good mroning! Bill wanted me to ask about if and how we can add more GSX with the stock... |

---

Conversation start time: 02/02/2021 15:39:18 UTC

Conversation end time: 02/02/2021 18:05:09 UTC

Number of Participants: 2

Participants:
    WILLIAM TOMITA (WTOMITA1@Bloomberg.net)
    NASTASSIA WEBER (NWEBER18@Bloomberg.net)

Room Type: Standard
Room ID: CHAT-fs:60197226435C008C

02/02/2021 15:39:18 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) entered

02/02/2021 15:40:04 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) invites NASTASSIA WEBER (NWEBER18@Bloomberg.net):   Hey Nastassia, good mroning! Bill wanted me to ask about if and how we can add more GSX with the stock comign in like this

02/02/2021 15:40:04 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) entered

02/02/2021 15:40:17 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   You and Phil said there's a way to go beyong that 10% mark?

02/02/2021 15:40:29 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted: *** NASTASSIA WEBER (GOLDMAN SACHS & CO L) Personal Disclaimer: © Copyright 2020 Goldman Sachs. All rights reserved. See www.gs.com/disclaimer/emailsalesandtrading.html for risk disclosure, order handling practices, conflicts of interest and other terms and conditions relating to this e-mail and your reliance on it, and www.gs.com/disclaimer/ipo/ for recent prospectuses for initial public offerings to which this message may relate. See www.gs.com/swapsrelated-disclosures for important disclosures relating to CFTC-regulated swap transactions, and www.gs.com/FX-disclosures for spot foreign exchange terms of dealing. This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete it. See www.gs.com/disclaimer/email/ on confidentiality and the risks of electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you. This material is a solicitation of derivatives business generally, only for the purposes of, and to the extent it would otherwise be subject to, CFTC Regulations 1.71 and 23.605.

02/02/2021 15:40:29 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted: *** GOLDMAN SACHS & CO L (30056876) Disclaimer: Not an offer, recommendation, gen. solicitation or off. confirm of terms. Prepared by Research /Sales/Trading from gen. avail. info believed reliable, but no representation of accuracy/completeness is made or that you will achieve returns indicated. Assumption changes may materially impact returns; price/avail. may change w/o notice; past perf. is not indicative of future results. GS may have a position in any subject investment. GS PRICING IS PROPRIETARY; YOU AGREE NOT TO DISCLOSE & WE RELY ON THAT AGMT WHEN FURNISHING (FULL TERMS: www.gs.com/disclaimer/pricinginfo). For UK, issued/app. by GS Int'l, authorised by the PRA and regulated by the FCA and the PRA.

02/02/2021 15:41:07 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   Hi Will! Let me check in with the risk team and I will be right back to you

02/02/2021 15:41:19 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Great thanks

02/02/2021 15:41:39 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Quick response is appreciated and we are sensititve about where we trade this name

02/02/2021 15:41:58 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   How much more are you looking at?

02/02/2021 15:42:37 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   If it keeps coming in maybe 2mm shs

02/02/2021 16:08:49 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   okay on with phil, we're working on it

02/02/2021 16:09:03 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Great thanks Nastassia

02/02/2021 16:41:52 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   Hi Will

02/02/2021 16:42:39 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Hey hey

02/02/2021 16:42:47 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   If we were to do the additional 2mm shares at 75%, could we also do additional FAAMG at 30% or some more index shorts?

02/02/2021 16:43:15 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   I think so, what kind of size though?

02/02/2021 16:48:57 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   But yeah, I think we are looking at aroudn $200mm of those names potentially right now on the long side

02/02/2021 16:49:02 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   For today

02/02/2021 16:49:18 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   And we will keep adding index shorts as well as we buy long

02/02/2021 16:49:24 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   That's plenty

02/02/2021 16:50:05 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   That would be great

02/02/2021 16:50:14 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Is it a go ahead?

02/02/2021 16:53:38 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   Yes thank you

02/02/2021 16:54:13 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Great thanks

02/02/2021 16:57:01 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Great thanks so much

02/02/2021 16:57:13 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   This is really helpful!

02/02/2021 16:57:22 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Please say thanks to

Phil as well

02/02/2021 17:00:45 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   We're going to get started on the FAANG names now. We are watchign GSX for the time being

02/02/2021 17:00:56 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Also DISCA is still OK?

02/02/2021 17:11:40 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   Yes

02/02/2021 17:12:15 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   that is a top 5 35% IA name now

02/02/2021 17:13:13 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Thansk, OK soudns good. I asked Joe Monohan on GSX and he said he still needs clearance...? Can you please let him know it's OK to trade

02/02/2021 17:13:20 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   And DISCA as well he said

02/02/2021 17:13:59 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   Yes I just pinged him

02/02/2021 17:14:41 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Great thanks nastassia

02/02/2021 17:22:30 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Hye Nastassia, we're buying $275mm of the FAANG Names...more than what you guys were asking, just so happens that way so well send them there to help

02/02/2021 17:23:26 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   that's great news thank you Will!

02/02/2021 18:00:03 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   NP!

02/02/2021 18:00:10 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Does IQ have a capacity issue on swap?

02/02/2021 18:00:19 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   That's what my guys are saying

02/02/2021 18:01:38 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   Liquidity - I don't see that we have capacity constraints from a firm perspective

02/02/2021 18:02:04 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   I believe the overall position size is large relative to adv

02/02/2021 18:02:07 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   We are fine for the higher haircut for it, Joe was saying a capacity issue though

02/02/2021 18:02:56 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   okay it's at 30% right now, 35% would be ideal to put this in with the other top 5

02/02/2021 18:02:59 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   I'll ping Joe

Confidential Treatment Requested by King & Spalding                                                                Archegos-CFTC-SEC 0504938

02/02/2021 18:05:09 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Yes, that's fine 35%, tahnks Nastassia

Confidential Treatment Requested by King & Spalding
Archegos-CFTC-SEC 0504939