# Exhibit 10

| | |
|---|---|
| Sent: | Wed, 24 Feb 2021 09:11:06 -0500 (EST) |
| To: | "WILLIAM TOMITA (\|ARCHEGOS CAPITAL MAN\|william.tomita@tigerasiafund.com)" <WTOMITA1@Bloomberg.net>; "NASTASSIA WEBER (\|GOLDMAN SACHS & CO L\|nastassia.weber@gs.com)" <NWEBER18@Bloomberg.net> |
| Subject: | IB Conversation, 2 participants, *** NASTASSIA WEBER (GOLDMAN SACHS & CO L) Personal Disclaimer: © Copyright 2020 Goldman Sachs. All... |

Conversation start time: 02/24/2021 14:11:06 UTC

Conversation end time:   02/25/2021 03:16:56 UTC

Number of Participants: 2

Participants:
    WILLIAM TOMITA (WTOMITA1@Bloomberg.net)
    NASTASSIA WEBER (NWEBER18@Bloomberg.net)

Room Type: Standard
Room ID: CHAT-fs:60365E7A435C006C

02/24/2021 14:11:06 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) entered

02/24/2021 14:11:06 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted: *** NASTASSIA WEBER (GOLDMAN SACHS & CO L) Personal Disclaimer: © Copyright 2020 Goldman Sachs. All rights reserved. See www.gs.com/disclaimer/emailsalesandtrading.html for risk disclosure, order handling practices, conflicts of interest and other terms and conditions relating to this e-mail and your reliance on it, and www.gs.com/disclaimer/ipo/ for recent prospectuses for initial public offerings to which this message may relate. See www.gs.com/swapsrelated-disclosures for important disclosures relating to CFTC-regulated swap transactions, and www.gs.com/FX-disclosures for spot foreign exchange terms of dealing. This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete it. See www.gs.com/disclaimer/email/ on confidentiality and the risks of electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you. This material is a solicitation of derivatives business generally, only for the purposes of, and to the extent it would otherwise be subject to, CFTC Regulations 1.71 and 23.605.

02/24/2021 14:11:06 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted: *** GOLDMAN SACHS & CO L (30056876) Disclaimer: Not an offer, recommendation, gen. solicitation or off. confirm of terms. Prepared by Research /Sales/Trading from gen. avail. info believed reliable, but no representation of accuracy/completeness is made or that you will achieve returns indicated. Assumption changes may materially impact returns; price/avail. may change w/o notice; past perf. is not indicative of future results. GS may have a position in any subject investment. GS PRICING IS PROPRIETARY; YOU AGREE NOT TO DISCLOSE & WE RELY ON THAT AGMT WHEN FURNISHING (FULL TERMS: www.gs.com/disclaimer/pricinginfo). For UK, issued/app. by GS Int'l, authorised by the PRA and regulated by the FCA and the PRA.

02/24/2021 14:11:15 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) entered

02/24/2021 14:11:18 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted: *** WILLIAM TOMITA (ARCHEGOS CAPITAL MAN) Personal Disclaimer:

02/24/2021 14:11:18 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted: *** ARCHEGOS CAPITAL MAN (30383323) Disclaimer:

02/24/2021 20:46:37 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Hye Nastassia anything back on GSX?

02/24/2021 20:50:50 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   Hi, still working on it

02/24/2021 20:51:30 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Thanks will we have an answer before the close?

02/24/2021 20:52:22 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   We are okay on GSX up to 15%

02/24/2021 20:52:28 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   sorry for the delay

02/24/2021 20:56:50 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   and then along with all of the names we outlined, folks are still very focused on the shorts as well - net ratio remains balanced with the custom basket

02/24/2021 20:56:58 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Got it

02/24/2021 20:57:24 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   How many shares is that?

02/24/2021 20:59:32 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Looks like maximum position size of 21,702,549 shs?

02/24/2021 21:00:09 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   I can confirm that

02/24/2021 21:00:43 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   OK thanks Nastassia this is great. GSX 15% position is 100% confirmed?

02/24/2021 21:01:00 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   Yes we can support that

02/24/2021 21:01:52 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Thank you

02/24/2021 21:04:01 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   You're very welcome! Confirming the share count we see

02/24/2021 21:22:13 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Thanks Nastassia! It looks like it's around 2.8mm shares additional which is fantastic

02/24/2021 22:32:26 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Hey Nastassia, when you can can you confirm it's aroudn 2.8mm shs GSX, and also if the additional 1mm shs BIDU would be OK at 50% IA. Thanks!

02/24/2021 22:59:10 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   BIDU is OK at 2mm shares at 50%

02/24/2021 22:59:51 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   Do you see your GSX at 18808000 shares?

02/24/2021 23:00:07 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   agreed

02/24/2021 23:09:23 UTC NASTASSIA WEBER (NWEBER18@Bloomberg.net) posted:   Yeah agreed we see around 2.8mm shares

02/24/2021 23:10:27 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) posted:   Thanks Nastassia

02/25/2021 01:05:31 UTC WILLIAM TOMITA (WTOMITA1@Bloomberg.net) entered

Confidential Treatment Requested by King & Spalding

Archegos-CFTC-SEC 0505758