UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
         :
COMMODITY FUTURES TRADING    :
COMMISSION,    :
         :
         Plaintiff,    :
         :
      - against -    :    Case No. 22-cv-3401 (JPO)
         :
ARCHEGOS CAPITAL MANAGEMENT, LP and :
PATRICK HALLIGAN,    :
         :
         Defendants.    :
         :
         :
------------------------------------------------------------x

## DECLARATION OF MARY E. MULLIGAN IN SUPPORT OF PATRICK HALLIGAN'S MOTION TO DISMISS THE COMPLAINT

1. I am a member of the bar of this Court and a member of Friedman Kaplan Seiler & Adelman LLP, counsel to defendant Patrick Halligan. I submit this declaration to make part of the record certain documents and facts related to Mr. Halligan's motion to dismiss the complaint. The statements in this declaration are based on my personal knowledge.

2. Attached hereto as **Exhibits A - F** are true and correct copies of reports listing the stock price (including opening, closing, high, and low prices, as well as daily trading volume) of the following securities for each trading day from March 22, 2021 through March 26, 2021 (inclusive). The data in **Exhibits A - F** was obtained from Bloomberg.

- Exhibit A – ViacomCBS Inc. (ticker "PARA").
- Exhibit B – iQIYI, Inc. (ticker "IQ").
- Exhibit C – Baidu, Inc. (ticker "BIDU").
- Exhibit D – Tencent Music Entertainment Group (ticker "TME").
- Exhibit E – GSX Techedu Inc. (now "GOTU Techedu", ticker "GOTU").
- Exhibit F – Vipshop Holdings Ltd. (ticker "VIPS").

1

3672038.2

3. Attached hereto as **Exhibit G** and **H** are true and correct copies of data obtained from the investor relations site of Warner Bros. Discovery, Inc. (https://ir.corporate.discovery.com/stock-information/stock-quote-and-chart/default.aspx ), reflecting the stock price of Discovery Class A (ticker "DISCA") (Exhibit G) and Discovery Class C (ticker "DISCK") (Exhibit H) for each day from March 22, 2021 through March 26, 2021 (inclusive).

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2022 in New York, New York

*/s Mary E. Mulligan*
Mary E. Mulligan