# Exhibit A

Prepared for: Joseph Mendieta

# Table View

 Favorite

## Market Information

**RETURN TO CHART VIEW**

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| PARA US Equity: Historical Values | | | | | |
| 03/26/21 | 65.75 | 66.2733 | 39.81 | 48.23 | 216.63M |
| 03/25/21 | 66.70 | 70.19 | 64.52 | 66.35 | 44.27M |
| 03/24/21 | 84.40 | 85.00 | 70.00 | 70.10 | 89.82M |
| 03/23/21 | 92.60 | 96.34 | 90.30 | 91.25 | 37.78M |
| 03/22/21 | 99.15 | 100.42 | 96.21 | 100.34 | 20.40M |