# Exhibit B

Prepared for: Joseph Mendieta

# Table View  ☆ Favorite

## Market Information

RETURN TO CHART VIEW

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| IQ US Equity: Historical Values | | | | | |
| 03/26/21 | 19.72 | 21.685 | 14.60 | 17.43 | 140.14M |
| 03/25/21 | 22.86 | 23.44 | 19.15 | 20.08 | 26.51M |
| 03/24/21 | 28.90 | 28.91 | 22.19 | 23.17 | 36.97M |
| 03/23/21 | 27.60 | 28.97 | 27.27 | 28.91 | 13.05M |
| 03/22/21 | 27.94 | 28.06 | 27.40 | 28.04 | 4.58M |