# Exhibit C

Prepared for: Joseph Mendieta

# Table View     Favorite

## Market Information

**RETURN TO CHART VIEW**

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| BIDU US Equity: Historical Values | | | | | |
| 03/26/21 | 190.84 | 209.32 | 174.05 | 208.61 | 121.64M |
| 03/25/21 | 224.975 | 235.5665 | 199.36 | 204.57 | 24.46M |
| 03/24/21 | 258.12 | 260.00 | 236.84 | 239.19 | 11.83M |
| 03/23/21 | 258.22 | 263.71 | 249.20 | 261.55 | 15.38M |
| 03/22/21 | 262.36 | 267.15 | 256.68 | 266.13 | 8.21M |