# Exhibit D

# Table View          ☆ Favorite

## Market Information

**RETURN TO CHART VIEW**

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| *TME US Equity: Historical Values* | | | | | |
| 03/26/21 | 18.35 | 21.12 | 16.31 | 20.10 | 467.07M |
| 03/25/21 | 23.24 | 23.64 | 19.15 | 20.36 | 57.02M |
| 03/24/21 | 31.78 | 31.78 | 22.84 | 23.18 | 43.62M |
| 03/23/21 | 30.90 | 32.2481 | 29.97 | 31.79 | 23.14M |
| 03/22/21 | 30.00 | 31.12 | 29.81 | 30.87 | 16.73M |