# Exhibit E

# Table View    ☆ Favorite

## Market Information

RETURN TO CHART VIEW

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| GOTU US Equity: Historical Values | | | | | |
| 03/26/21 | 61.19 | 63.085 | 29.40 | 39.01 | 76.55M |
| 03/25/21 | 66.87 | 70.71 | 66.06 | 66.75 | 6.04M |
| 03/24/21 | 72.65 | 72.65 | 67.03 | 69.50 | 8.79M |
| 03/23/21 | 83.57 | 83.57 | 72.97 | 73.44 | 5.63M |
| 03/22/21 | 86.76 | 87.39 | 82.80 | 83.79 | 3.69M |