# Exhibit F

# Table View  ☆ Favorite

## Market Information

**RETURN TO CHART VIEW**

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| VIPS US Equity: Historical Values | | | | | |
| 03/26/21 | 30.00 | 34.87 | 24.98 | 31.19 | 186.01M |
| 03/25/21 | 34.37 | 35.18 | 31.58 | 31.95 | 18.15M |
| 03/24/21 | 45.11 | 45.49 | 35.08 | 35.81 | 20.75M |
| 03/23/21 | 44.50 | 46.00 | 43.72 | 45.58 | 8.90M |
| 03/22/21 | 45.28 | 45.45 | 43.52 | 45.25 | 8.47M |