# Exhibit G

LOOKUP DATE: 2021 Mar 22

### Stock Quote: NASDAQ: DISCA

| | | | |
|---|---|---|---|
| Day's Open | $77.98 | Volume | 10,655,159 |
| Intraday High | $79.59 | Intraday Low | $74.51 |
| | | Closing Price | $74.65 |

LOOKUP DATE: 2021 Mar 23

### Stock Quote: NASDAQ: DISCA

| | | | |
|---|---|---|---|
| Day's Open | $70.00 | Volume | 12,159,000 |
| Intraday High | $72.42 | Intraday Low | $68.41 |
| | | Closing Price | $71.68 |

LOOKUP DATE: 2021 Mar 24

### Stock Quote: NASDAQ: DISCA

| | | | |
|---|---|---|---|
| Day's Open | $70.76 | Volume | 16,090,029 |
| Intraday High | $72.22 | Intraday Low | $61.88 |
| | | Closing Price | $61.94 |

LOOKUP DATE: 2021 Mar 25

### Stock Quote: NASDAQ: DISCA

| | | | |
|---|---|---|---|
| Day's Open | $58.19 | Volume | 13,541,583 |
| Intraday High | $62.24 | Intraday Low | $56.91 |
| | | Closing Price | $57.75 |

LOOKUP DATE: 2021 Mar 26

### Stock Quote: NASDAQ: DISCA

| | | | |
|---|---|---|---|
| Day's Open | $57.45 | Volume | 106,071,743 |
| Intraday High | $58.21 | Intraday Low | $34.60 |
| | | Closing Price | $41.90 |