# APPENDIX A

| Date | Counterparty | Instrument Name | Instrument Type | Notional (short) |
|---|---|---|---|---|
| 3/2/2020 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$109,962,200.00 |
| 3/2/2020 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$96,450,022.50 |
| 3/2/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$35,737,427.41 |
| 3/2/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$108,079,980.59 |
| 3/12/2020 | Swap Counterparty 3 | Invesco QQQ Trust | ETF Swap | -$139,320,696.48 |
| 3/12/2020 | Swap Counterparty 5 | Invesco QQQ Trust | ETF Swap | -$49,653,967.13 |
| 3/12/2020 | Swap Counterparty 5 | Invesco QQQ Trust | ETF Swap | -$201,132,889.88 |
| 3/12/2020 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$43,379,599.41 |
| 3/12/2020 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$49,538,431.43 |
| 3/12/2020 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$460,815,797.50 |
| 3/12/2020 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$42,078,976.50 |
| 3/12/2020 | Swap Counterparty 6 | Invesco QQQ Trust | ETF Swap | -$116,368,590.07 |
| 3/12/2020 | Swap Counterparty 6 | Invesco QQQ Trust | ETF Swap | -$49,632,891.00 |
| 3/12/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$49,550,785.73 |
| 3/12/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$174,930,726.77 |
| 3/17/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$86,995,518.06 |
| 3/17/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$48,963,314.16 |
| 3/17/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$66,040,025.58 |
| 3/17/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$103,881,099.19 |
| 3/17/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$134,753,894.08 |
| 3/17/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$55,889,974.93 |
| 3/17/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$39,868,016.00 |
| 3/17/2020 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$65,316,953.00 |
| 3/19/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$92,831,121.90 |
| 3/19/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$240,881,169.54 |
| 3/19/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$333,472,417.74 |
| 3/19/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$254,529,983.07 |
| 3/19/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$7,795,895.25 |
| 3/19/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$45,120,076.80 |
| 3/19/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$321,903,547.92 |
| 3/19/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$70,500,120.00 |
| 3/19/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$32,477,055.28 |
| 3/19/2020 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$98,732,757.90 |
| 3/27/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$372,735,289.35 |
| 3/27/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$38,914,144.18 |
| 3/27/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$24,833,953.02 |
| 3/27/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$42,293,897.90 |
| 3/27/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$162,512,576.00 |
| 3/27/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$337,192,998.10 |
| 3/27/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$21,068,224.17 |
| 5/4/2020 | Swap Counterparty 6 | Financial Sector SPDR Fund | ETF Swap | -$1,632,451.54 |
| 9/11/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$33,420,740.00 |
| 9/11/2020 | Swap Counterparty 4 | SPDR S&P 500 ETF Trust | ETF Swap | -$75,440,702.94 |
| 9/11/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$140,393,353.90 |
| 9/17/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$9,997,961.99 |
| 9/17/2020 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$29,803,465.60 |

| Date | Counterparty | Instrument Name | Instrument Type | Notional (short) |
|---|---|---|---|---|
| 9/17/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$30,196,003.94 |
| 9/18/2020 | Swap Counterparty 4 | SPDR S&P 500 ETF Trust | ETF Swap | -$65,821,956.40 |
| 9/18/2020 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$10,278,410.05 |
| 9/18/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$49,619,535.00 |
| 9/21/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$80,961,050.00 |
| 9/22/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$14,780,641.50 |
| 9/22/2020 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$15,233,242.84 |
| 9/23/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$9,987,336.51 |
| 9/24/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$99,929,829.01 |
| 9/25/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$75,370,878.64 |
| 9/25/2020 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$100,010,693.40 |
| 9/28/2020 | Swap Counterparty 2 | iShares MSCI Emerging Markets ETF | ETF Swap | -$50,014,013.80 |
| 9/28/2020 | Swap Counterparty 2 | SPDR S&P 500 ETF Trust | ETF Swap | -$99,978,690.00 |
| 9/28/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$24,904,917.50 |
| 9/28/2020 | Swap Counterparty 4 | iShares MSCI Emerging Markets ETF | ETF Swap | -$6,515,666.71 |
| 9/28/2020 | Swap Counterparty 4 | iShares MSCI Emerging Markets ETF | ETF Swap | -$43,368,100.00 |
| 9/28/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$131,844,745.49 |
| 9/28/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$43,292,300.00 |
| 9/28/2020 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$100,010,700.22 |
| 10/6/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$2,315,586.12 |
| 10/21/2020 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$464,542,795.36 |
| 10/21/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$54,926,228.02 |
| 10/21/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$30,161,792.76 |
| 10/23/2020 | Swap Counterparty 2 | SPDR S&P 500 ETF Trust | ETF Swap | -$39,979,397.76 |
| 10/26/2020 | Swap Counterparty 7 | iShares MSCI Emerging Markets ETF | ETF Swap | -$84,318,709.14 |
| 10/26/2020 | Swap Counterparty 7 | iShares MSCI Emerging Markets ETF | ETF Swap | -$15,497,584.20 |
| 10/28/2020 | Swap Counterparty 7 | iShares MSCI Emerging Markets ETF | ETF Swap | -$74,460,661.20 |
| 10/28/2020 | Swap Counterparty 8 | iShares MSCI Emerging Markets ETF | ETF Swap | -$100,354,451.08 |
| 10/30/2020 | Swap Counterparty 8 | iShares MSCI Emerging Markets ETF | ETF Swap | -$98,555,546.70 |
| 11/2/2020 | Swap Counterparty 2 | iShares MSCI Emerging Markets ETF | ETF Swap | -$37,955,732.69 |
| 11/2/2020 | Swap Counterparty 5 | SC5 Basket 1 | Custom Basket Swap | -$1,037,418,675.95 |
| 11/2/2020 | Swap Counterparty 6 | SC6 Basket 1 | Custom Basket Swap | -$28,889,228.70 |
| 11/3/2020 | Swap Counterparty 3 | SC3 Basket 1 | Custom Basket Swap | -$493,879,333.72 |
| 11/3/2020 | Swap Counterparty 6 | SC6 Basket 1 | Custom Basket Swap | -$678,035,341.50 |
| 11/3/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$63,653,800.00 |
| 11/3/2020 | Swap Counterparty 8 | SC8 Basket1 | Custom Basket Swap | -$229,620,291.75 |
| 11/6/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$101,273,881.00 |
| 11/10/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$55,248,154.50 |
| 11/10/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$60,146,695.80 |
| 11/13/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$47,954,519.89 |
| 11/13/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$2,014,489.93 |
| 11/16/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$34,913,487.09 |
| 11/18/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$48,712,100.00 |
| 11/20/2020 | Swap Counterparty 4 | iShares MSCI Emerging Markets ETF | ETF Swap | -$49,951,551.14 |
| 11/20/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$100,210,795.82 |
| 11/23/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$50,052,922.20 |

| Date | Counterparty | Instrument Name | Instrument Type | Notional (short) |
|---|---|---|---|---|
| 11/23/2020 | Swap Counterparty 4 | iShares MSCI Emerging Markets ETF | ETF Swap | -$99,832,558.00 |
| 11/24/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$89,998,992.00 |
| 11/24/2020 | Swap Counterparty 4 | iShares MSCI Emerging Markets ETF | ETF Swap | -$125,083,237.50 |
| 11/24/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$100,012,496.00 |
| 11/25/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$45,007,622.10 |
| 11/25/2020 | Swap Counterparty 4 | iShares MSCI Emerging Markets ETF | ETF Swap | -$210,426,717.05 |
| 11/25/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$180,114,450.00 |
| 11/27/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$30,003,600.00 |
| 11/27/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$49,977,800.00 |
| 11/27/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$134,967,330.00 |
| 11/30/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$49,857,107.13 |
| 11/30/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$49,867,406.60 |
| 11/30/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$50,175,291.00 |
| 12/1/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$50,196,596.00 |
| 12/1/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$50,198,818.00 |
| 12/1/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$129,995,026.10 |
| 12/2/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$50,037,903.10 |
| 12/2/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$50,034,628.50 |
| 12/2/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$69,865,848.00 |
| 12/3/2020 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$74,993,712.00 |
| 12/3/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$49,904,480.70 |
| 12/3/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$49,903,588.80 |
| 12/4/2020 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$75,106,134.30 |
| 12/4/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$49,856,631.00 |
| 12/4/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$75,090,900.60 |
| 12/7/2020 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$200,061,302.50 |
| 12/7/2020 | Swap Counterparty 1 | SPDR S&P 500 ETF Trust | ETF Swap | -$100,378,302.99 |
| 12/7/2020 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$149,701,700.40 |
| 12/8/2020 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$25,019,640.25 |
| 12/8/2020 | Swap Counterparty 1 | SPDR S&P 500 ETF Trust | ETF Swap | -$75,153,645.00 |
| 12/8/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$144,923,250.45 |
| 12/8/2020 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$165,031,178.40 |
| 12/9/2020 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$9,995,747.43 |
| 12/9/2020 | Swap Counterparty 1 | SPDR S&P 500 ETF Trust | ETF Swap | -$9,961,128.66 |
| 12/9/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$12,266,284.75 |
| 12/9/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$36,714,040.00 |
| 12/9/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$6,663,941.32 |
| 12/9/2020 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$18,357,740.00 |
| 12/9/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$39,031,208.33 |
| 12/9/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$52,023,485.30 |
| 12/9/2020 | Swap Counterparty 8 | iShares MSCI Emerging Markets ETF | ETF Swap | -$49,988,283.25 |
| 12/10/2020 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$25,017,701.59 |
| 12/10/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$48,080,652.65 |
| 12/10/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$1,910,429.04 |
| 12/10/2020 | Swap Counterparty 8 | iShares MSCI Emerging Markets ETF | ETF Swap | -$25,009,850.39 |
| 12/11/2020 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$49,967,411.45 |

| Date | Counterparty | Instrument Name | Instrument Type | Notional (short) |
|---|---|---|---|---|
| 12/11/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$79,978,879.28 |
| 12/11/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$24,982,595.40 |
| 12/11/2020 | Swap Counterparty 7 | iShares MSCI Emerging Markets ETF | ETF Swap | -$6,291,958.40 |
| 12/14/2020 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$25,007,150.00 |
| 12/14/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$24,980,700.00 |
| 12/15/2020 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$19,947,045.07 |
| 12/15/2020 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$42,889.51 |
| 12/15/2020 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$28,140,222.83 |
| 12/15/2020 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$30,063,396.12 |
| 12/15/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$20,023,539.20 |
| 12/15/2020 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$50,112,030.75 |
| 12/15/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$40,153,008.50 |
| 12/15/2020 | Swap Counterparty 7 | iShares MSCI Emerging Markets ETF | ETF Swap | -$30,031,903.60 |
| 12/16/2020 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$50,083,597.20 |
| 12/16/2020 | Swap Counterparty 2 | iShares MSCI Emerging Markets ETF | ETF Swap | -$25,023,817.00 |
| 12/16/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$50,072,432.80 |
| 12/17/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$100,045,118.28 |
| 12/17/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$35,103,934.31 |
| 12/18/2020 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$25,220,702.25 |
| 12/18/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$80,056,608.06 |
| 12/18/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$114,893,362.40 |
| 12/18/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$15,007,889.00 |
| 12/21/2020 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$94,996,109.90 |
| 12/21/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$29,981,923.04 |
| 12/21/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$134,934,879.20 |
| 12/21/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$64,993,026.40 |
| 12/22/2020 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$99,731,000.00 |
| 12/22/2020 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$70,360,220.50 |
| 12/22/2020 | Swap Counterparty 2 | iShares MSCI Emerging Markets ETF | ETF Swap | -$10,011,950.70 |
| 12/22/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$74,806,200.00 |
| 12/22/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$130,220,476.40 |
| 12/22/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$35,005,721.40 |
| 12/23/2020 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$140,115,234.05 |
| 12/23/2020 | Swap Counterparty 2 | iShares MSCI Emerging Markets ETF | ETF Swap | -$26,570,913.50 |
| 12/23/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$74,970,454.56 |
| 12/23/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$34,924,428.00 |
| 12/23/2020 | Swap Counterparty 7 | iShares MSCI Emerging Markets ETF | ETF Swap | -$2,518,510.00 |
| 12/24/2020 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$25,002,672.30 |
| 12/24/2020 | Swap Counterparty 1 | SPDR S&P 500 ETF Trust | ETF Swap | -$24,971,435.46 |
| 12/24/2020 | Swap Counterparty 2 | iShares MSCI Emerging Markets ETF | ETF Swap | -$15,005,460.00 |
| 12/24/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$15,123,435.75 |
| 12/24/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$685,026.00 |
| 12/24/2020 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$224,858,200.50 |
| 12/24/2020 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$25,207,766.63 |
| 12/28/2020 | Swap Counterparty 2 | iShares MSCI Emerging Markets ETF | ETF Swap | -$33,978,216.82 |
| 12/28/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$36,064,944.92 |

| Date | Counterparty | Instrument Name | Instrument Type | Notional (short) |
|---|---|---|---|---|
| 12/28/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$50,043,926.10 |
| 12/28/2020 | Swap Counterparty 7 | iShares MSCI Emerging Markets ETF | ETF Swap | -$29,966,522.40 |
| 12/29/2020 | Swap Counterparty 2 | SPDR S&P 500 ETF Trust | ETF Swap | -$11,180,272.60 |
| 12/29/2020 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$70,066,364.45 |
| 12/29/2020 | Swap Counterparty 4 | SPDR S&P 500 ETF Trust | ETF Swap | -$29,990,905.30 |
| 12/29/2020 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$94,873,868.89 |
| 12/30/2020 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$49,904,965.55 |
| 12/30/2020 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$50,066,099.87 |
| 12/30/2020 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$99,861,886.63 |
| 12/30/2020 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$9,999,252.80 |
| 12/30/2020 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$44,910,483.18 |
| 12/30/2020 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$134,887,708.48 |
| 12/31/2020 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$40,079,666.04 |
| 12/31/2020 | Swap Counterparty 4 | iShares MSCI Emerging Markets ETF | ETF Swap | -$20,012,966.63 |
| 12/31/2020 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$65,092,868.76 |
| 12/31/2020 | Swap Counterparty 8 | iShares MSCI Emerging Markets ETF | ETF Swap | -$24,994,645.20 |
| 1/4/2021 | Swap Counterparty 2 | SPDR S&P 500 ETF Trust | ETF Swap | -$5,020,291.19 |
| 1/4/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$28,032,522.75 |
| 1/4/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$52,045,169.19 |
| 1/4/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$225,152,879.40 |
| 1/5/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$5,994,142.65 |
| 1/5/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$12,008,693.40 |
| 1/5/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$194,931,306.57 |
| 1/6/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$20,980,278.00 |
| 1/6/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$6,004,632.00 |
| 1/6/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$185,278,878.00 |
| 1/6/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$44,919,265.20 |
| 1/7/2021 | Swap Counterparty 2 | SPDR S&P 500 ETF Trust | ETF Swap | -$15,015,630.96 |
| 1/7/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$4,998,604.80 |
| 1/7/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$85,032,093.51 |
| 1/7/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$84,954,208.00 |
| 1/8/2021 | Swap Counterparty 2 | SPDR S&P 500 ETF Trust | ETF Swap | -$8,503,057.92 |
| 1/8/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$2,499,302.40 |
| 1/8/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$229,971,742.00 |
| 1/8/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$114,824,060.70 |
| 1/11/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$20,038,473.83 |
| 1/11/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$279,980,052.00 |
| 1/12/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$23,955,956.05 |
| 1/12/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$334,932,979.46 |
| 1/12/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$39,963,024.30 |
| 1/13/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$90,112,778.00 |
| 1/13/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$15,035,368.92 |
| 1/13/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$135,011,922.40 |
| 1/13/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$90,053,743.40 |
| 1/14/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$20,004,786.10 |
| 1/14/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$12,560,724.00 |

| Date | Counterparty | Instrument Name | Instrument Type | Notional (short) |
|---|---|---|---|---|
| 1/14/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$154,839,020.42 |
| 1/14/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$149,703,845.40 |
| 1/15/2021 | Swap Counterparty 1 | SPDR S&P 500 ETF Trust | ETF Swap | -$14,879,767.78 |
| 1/15/2021 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$24,999,046.49 |
| 1/15/2021 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$100,149,611.80 |
| 1/19/2021 | Swap Counterparty 3 | iShares MSCI Emerging Markets ETF | ETF Swap | -$5,105,417.25 |
| 1/19/2021 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$4,968,864.00 |
| 1/19/2021 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$158,450,335.65 |
| 1/19/2021 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$69,955,353.00 |
| 1/19/2021 | Swap Counterparty 6 | SPDR S&P 500 ETF Trust | ETF Swap | -$41,674,501.00 |
| 1/20/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$44,984,414.25 |
| 1/20/2021 | Swap Counterparty 1 | iShares MSCI Emerging Markets ETF | ETF Swap | -$34,852,246.00 |
| 1/20/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$79,997,402.40 |
| 1/20/2021 | Swap Counterparty 5 | iShares MSCI Emerging Markets ETF | ETF Swap | -$64,973,123.66 |
| 1/20/2021 | Swap Counterparty 6 | iShares MSCI Emerging Markets ETF | ETF Swap | -$45,074,579.25 |
| 1/21/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$55,041,134.90 |
| 1/21/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$134,971,101.20 |
| 1/22/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$134,962,564.20 |
| 1/22/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$244,883,400.12 |
| 1/22/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$84,979,953.60 |
| 1/25/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$155,123,840.40 |
| 1/25/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$18,479,004.02 |
| 1/26/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$29,970,892.80 |
| 1/26/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$289,903,976.90 |
| 1/26/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$15,006,455.05 |
| 1/27/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$641,593,204.80 |
| 1/27/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$36,871,525.60 |
| 1/27/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$420,969,870.47 |
| 1/27/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$400,549,911.60 |
| 1/29/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$150,080,985.60 |
| 1/29/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$49,068,404.00 |
| 2/1/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$18,971,787.00 |
| 2/1/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$280,062,550.95 |
| 2/1/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$79,988,355.92 |
| 2/2/2021 | Swap Counterparty 1 | SPDR S&P 500 ETF Trust | ETF Swap | -$110,002,387.50 |
| 2/2/2021 | Swap Counterparty 3 | SPDR S&P 500 ETF Trust | ETF Swap | -$71,045,365.98 |
| 2/2/2021 | Swap Counterparty 5 | SPDR S&P 500 ETF Trust | ETF Swap | -$240,062,798.39 |
| 2/2/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$119,888,939.99 |
| 2/3/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$9,002,080.08 |
| 2/3/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$31,030,747.58 |
| 2/3/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$249,532,305.39 |
| 2/3/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$10,026,967.94 |
| 2/4/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$40,046,824.70 |
| 2/4/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$28,987,361.39 |
| 2/4/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$64,967,489.53 |
| 2/4/2021 | Swap Counterparty 8 | iShares MSCI Emerging Markets ETF | ETF Swap | -$10,012,842.00 |

| Date | Counterparty | Instrument Name | Instrument Type | Notional (short) |
|---|---|---|---|---|
| 2/5/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$95,017,311.40 |
| 2/5/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$18,985,205.26 |
| 2/5/2021 | Swap Counterparty 8 | iShares MSCI Emerging Markets ETF | ETF Swap | -$9,503,266.11 |
| 2/8/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$10,006,743.54 |
| 2/8/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$27,977,583.95 |
| 2/8/2021 | Swap Counterparty 8 | iShares MSCI Emerging Markets ETF | ETF Swap | -$5,001,099.95 |
| 2/9/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$47,976,196.50 |
| 2/9/2021 | Swap Counterparty 7 | iShares MSCI Emerging Markets ETF | ETF Swap | -$10,014,171.20 |
| 2/9/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$3,006,865.40 |
| 2/10/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$244,560,754.80 |
| 2/10/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$111,793,485.15 |
| 2/10/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$780,856,337.23 |
| 2/10/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$39,895,072.60 |
| 2/10/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$1,015,004.90 |
| 2/11/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$95,212,081.80 |
| 2/11/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$142,949,484.40 |
| 2/11/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$125,029,921.96 |
| 2/11/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$105,102,965.80 |
| 2/12/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$144,989,190.00 |
| 2/12/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$15,033,606.00 |
| 2/12/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$110,025,591.00 |
| 2/12/2021 | Swap Counterparty 7 | iShares MSCI Emerging Markets ETF | ETF Swap | -$7,502,625.00 |
| 2/12/2021 | Swap Counterparty 8 | iShares MSCI Emerging Markets ETF | ETF Swap | -$110,916,522.95 |
| 2/16/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$38,458,382.84 |
| 2/16/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$28,962,004.89 |
| 2/16/2021 | Swap Counterparty 7 | iShares MSCI Emerging Markets ETF | ETF Swap | -$1,499,879.36 |
| 2/16/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$135,055,518.00 |
| 2/17/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$81,010,776.11 |
| 2/17/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$23,010,820.56 |
| 2/17/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$238,205,383.07 |
| 2/18/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$200,175,646.00 |
| 2/18/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$47,043,794.33 |
| 2/18/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$214,970,520.81 |
| 2/18/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$44,930,888.20 |
| 2/18/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$93,047,028.20 |
| 2/19/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$229,949,443.15 |
| 2/19/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$126,828,725.10 |
| 2/19/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$35,010,454.27 |
| 2/19/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$799,029,826.50 |
| 2/19/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$219,990,902.00 |
| 2/19/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$66,042,330.12 |
| 2/22/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$89,797,786.59 |
| 2/22/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$25,930,899.40 |
| 2/22/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$270,078,331.07 |
| 2/22/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$360,034,421.80 |
| 2/22/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$104,575,480.00 |

| Date | Counterparty | Instrument Name | Instrument Type | Notional (short) |
|------|--------------|-----------------|-----------------|------------------|
| 2/22/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$35,087,693.28 |
| 2/23/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$239,822,160.00 |
| 2/23/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$395,716,736.23 |
| 2/23/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$109,754,036.95 |
| 2/23/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$89,826,595.20 |
| 2/24/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$30,019,968.09 |
| 2/24/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$145,052,992.19 |
| 2/24/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$150,093,566.40 |
| 2/24/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$35,003,575.25 |
| 2/24/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$31,064,910.63 |
| 2/25/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$440,638,208.64 |
| 2/25/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$154,160,844.07 |
| 2/25/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$60,002,492.64 |
| 2/25/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$115,145,722.80 |
| 2/25/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$18,028,574.64 |
| 2/26/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$3,739,770.43 |
| 2/26/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$467,095,392.49 |
| 2/26/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$107,046,406.51 |
| 2/26/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$99,924,812.48 |
| 2/26/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$199,479,983.50 |
| 2/26/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$224,389,431.90 |
| 2/26/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$5,013,052.98 |
| 3/1/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$25,007,403.67 |
| 3/1/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$185,191,813.95 |
| 3/1/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$95,200,830.75 |
| 3/2/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$79,854,375.00 |
| 3/2/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$56,044,601.36 |
| 3/2/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$570,063,453.90 |
| 3/2/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$400,409,323.20 |
| 3/2/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$114,182,067.50 |
| 3/3/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$169,759,289.70 |
| 3/3/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$186,559,064.55 |
| 3/3/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$49,936,905.82 |
| 3/3/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$149,929,970.40 |
| 3/3/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$1,566,480.63 |
| 3/3/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$168,333,472.73 |
| 3/4/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$339,941,647.50 |
| 3/4/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$238,520,990.50 |
| 3/4/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$74,912,271.28 |
| 3/4/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$60,100,453.00 |
| 3/4/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$164,878,125.00 |
| 3/4/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$374,027,869.80 |
| 3/5/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$130,215,654.95 |
| 3/5/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$9,085,357.80 |
| 3/5/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$174,653,542.00 |
| 3/5/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$160,204,638.25 |

| Date | Counterparty | Instrument Name | Instrument Type | Notional (short) |
|---|---|---|---|---|
| 3/5/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$200,100,654.60 |
| 3/5/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$55,196,510.40 |
| 3/8/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$260,533,139.50 |
| 3/8/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$230,249,613.30 |
| 3/8/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$450,674,565.50 |
| 3/8/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$599,893,336.00 |
| 3/8/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$210,653,496.00 |
| 3/9/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$184,763,488.00 |
| 3/9/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$125,192,158.00 |
| 3/9/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$360,679,790.40 |
| 3/9/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$172,551,720.00 |
| 3/10/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$419,977,234.40 |
| 3/10/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$51,100,944.00 |
| 3/10/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$510,151,113.00 |
| 3/10/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$450,203,355.00 |
| 3/10/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$164,966,972.87 |
| 3/11/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$340,415,076.40 |
| 3/11/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$20,029,335.35 |
| 3/11/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$30,007,203.30 |
| 3/11/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$475,683,370.00 |
| 3/11/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$164,776,363.15 |
| 3/12/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$275,199,744.00 |
| 3/12/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$12,032,204.80 |
| 3/12/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$160,062,174.00 |
| 3/12/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$209,999,888.00 |
| 3/12/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$146,206,239.75 |
| 3/15/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$260,379,079.30 |
| 3/15/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$41,511,332.70 |
| 3/15/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$60,008,388.50 |
| 3/15/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$165,191,327.50 |
| 3/15/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$37,160,662.80 |
| 3/16/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$250,128,000.00 |
| 3/16/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$43,060,798.20 |
| 3/16/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$60,036,944.61 |
| 3/16/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$299,893,955.20 |
| 3/16/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$59,115,925.05 |
| 3/17/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$160,172,852.00 |
| 3/17/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$18,071,470.80 |
| 3/17/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$849,413,990.40 |
| 3/17/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$8,025,441.82 |
| 3/18/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$290,928,480.00 |
| 3/18/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$164,118,708.20 |
| 3/18/2021 | Swap Counterparty 4 | SC4 Basket 1 | Custom Basket Swap | -$648,857,707.80 |
| 3/18/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$751,529,424.80 |
| 3/18/2021 | Swap Counterparty 8 | SPDR S&P 500 ETF Trust | ETF Swap | -$11,976,721.70 |
| 3/19/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$170,011,659.90 |

| Date | Counterparty | Instrument Name | Instrument Type | Notional (short) |
|---|---|---|---|---|
| 3/19/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$209,098,921.50 |
| 3/19/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$279,726,811.50 |
| 3/19/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$579,732,321.00 |
| 3/22/2021 | Swap Counterparty 1 | SC1 Basket 1 | Custom Basket Swap | -$130,266,123.60 |
| 3/22/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$340,269,965.80 |
| 3/22/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$109,962,781.50 |
| 3/22/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$220,634,204.00 |
| 3/23/2021 | Swap Counterparty 3 | SC3 Basket 2 | Custom Basket Swap | -$457,728,612.90 |
| 3/23/2021 | Swap Counterparty 5 | SC5 Basket 2 | Custom Basket Swap | -$625,910,356.50 |
| 3/23/2021 | Swap Counterparty 6 | SC6 Basket 2 | Custom Basket Swap | -$360,220,703.50 |