# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Eric A. Hirsch
Counsel
Direct Dial: +1 212 556 2189
Direct Fax: +1 212 556 2222
ehirsch@kslaw.com

September 7, 2022

**VIA ECF**

Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

   Re:  **CFTC v. Archegos Capital Management, LP et al.,**
      <u>**Docket No.:  1:22-cv-03401 (JPO)**</u>

Dear Judge Oetken:

  We represent Defendant Archegos Capital Management, LP ("ACM") in the above-referenced matter, and write on behalf of Defendants ACM and Patrick Halligan to request an extension of time to respond to the CFTC's Amended Complaint (Dkt #33).  As noted below, Plaintiff CFTC has consented to the requested extension.

  Pursuant to Fed. R. Civ. P. 15(a)(3), the Defendants' response to the Amended Complaint would otherwise be due within 14 days of service.  This is the Defendants' first request for an extension of time to respond to the Amended Complaint.

  Responding to the CFTC's 93-paragraph, 44-page Amended Complaint, which now includes a 10-page appendix of the alleged securities transactions at issue, will require detailed analyses of the securities products traded; their connection, if any, to the allegations made; and the corresponding legal issues.  For these reasons, the Defendants respectfully request that they be permitted up to 60 days (up to November 1, 2022) from the date the Amended Complaint was filed to prepare their response.

  Per its August 3, 2022 letter to the Court (Dkt #31), the CFTC has already advised the Court that it consents to Defendants' request for an extension of time.

Honorable J. Paul Oetken																					September 7, 2022
																					Page 2

    We appreciate the Court's attention to this matter.

                                                                Respectfully submitted,

                                                                 Eric A. Hirsch
                                                                 Counsel

45094508