UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
COMMODITY FUTURES TRADING :
COMMISSION, :
:
                 Plaintiff, :    Index No. 22-cv-3401-JPO
:
                 vs. :
:
ARCHEGOS CAPITAL MANAGEMENT, LP and :
PATRICK HALLIGAN, :
:
                 Defendants. :
:
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed Declaration of Dielai Yang, and subject to the approval of the Court, Dielai Yang of Friedman Kaplan Seiler & Adelman LLP hereby withdraws as counsel for Defendant Patrick Halligan in the above-captioned matter, and requests that she be removed from the CM/ECF service list for this action. Other attorneys at Friedman Kaplan Seiler & Adelman LLP will continue to be counsel of record for Defendant Patrick Halligan.

Dated:  New York, New York
         September 27, 2022

                                           FRIEDMAN KAPLAN SEILER &
                                             ADELMAN LLP

                                           */s/ Dielai Yang*
                                       Dielai Yang (dyang@fklaw.com)
                                       7 Times Square
                                       New York, New York  10036-6516
                                       (212) 833-1100

3686616.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
COMMODITY FUTURES TRADING                                        :
COMMISSION,                                                      :
                                                                 :
                              Plaintiff,                         :   Index No. 22-cv-3401-JPO
                                                                 :
              vs.                                                :
                                                                 :
ARCHEGOS CAPITAL MANAGEMENT, LP and                              :
PATRICK HALLIGAN,                                                :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------x

## DECLARATION OF DIELAI YANG

I, **DIELAI YANG**, declare under penalty of perjury as follows:

1. I am an attorney at Friedman Kaplan Seiler & Adelman LLP, counsel for Defendant Patrick Halligan in this matter. I submit this declaration in compliance with Local Rule 1.4 to notify the Court of my intent to withdraw as counsel for Defendant Patrick Halligan.

2. After September 30, 2022, I will no longer be associated with Friedman Kaplan Seiler & Adelman LLP.

3. Other attorneys at Friedman Kaplan Seiler & Adelman LLP who have appeared in this matter will continue to represent Defendant Patrick Halligan.

4. I am not retaining or charging a lien.

Dated:   New York, New York
         September 27, 2022

                                                            /s/ Dielai Yang
                                                       _____
                                                              Dielai Yang

3686621.1