UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
COMMODITY FUTURES TRADING :
COMMISSION, :
:
                     Plaintiff, :   Index No. 22-cv-3401-JPO
:
      vs. :
:   **NOTICE OF APPEARANCE**
ARCHEGOS CAPITAL MANAGEMENT, LP and :
PATRICK HALLIGAN, :
:
                     Defendants. :
:
---------------------------------------------------------------x

PLEASE TAKE NOTICE that Rupita Chakraborty of Friedman Kaplan Seiler & Adelman LLP, an attorney admitted to practice in this Court, hereby appears as counsel for Defendant Patrick Halligan in the above-captioned action. All notices given or required to be given in the proceeding and all papers filed in the proceeding should be given to and served upon the undersigned.

Dated:   New York, New York
         October 27, 2022

                                            FRIEDMAN KAPLAN SEILER &
                                              ADELMAN LLP

                                            s/      Rupita Chakraborty
                                            Rupita Chakraborty (rchakraborty@fklaw.com)
                                            7 Times Square
                                            New York, New York  10036-6516
                                            (212) 833-1100

                                            *Attorneys for Defendant Patrick Halligan*

3659534.1