UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING COMMISSION,

          Plaintiff,

vs.

ARCHEGOS CAPITAL MANAGEMENT, LP and PATRICK HALLIGAN,

          Defendants.

1:22-cv-03401 (JPO)

---

## NOTICE OF MOTION TO WITHDRAW AS ATTORNEY

PLEASE TAKE NOTICE that, upon his Declaration dated October 28, 2022, Russell W. Johnston will move this Court before the Honorable J. Paul Oetken, United States District Judge at the United States Courthouse located at 40 Foley Square, New York, New York, 10007, pursuant to Local Civil Rule 1.4, for leave to withdraw as one of the attorneys for Defendant Archegos Capital Management, LP in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that other attorneys at King & Spalding LLP who have appeared in this matter will continue to be counsel of record for Defendant Archegos Capital Management, LP.

Dated: October 28, 2022  **KING & SPALDING LLP**
New York, New York

*/s/ Russell W. Johnston*
Russell W. Johnston

1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
rjohnston@kslaw.com

*Attorneys for Defendant*
*Archegos Capital Management, LP*