UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ARCHEGOS CAPITAL MANAGEMENT, LP and PATRICK HALLIGAN,<br><br>　　　　　　　　　　Defendants. | 1:22-cv-03401 (JPO) |

# DECLARATION OF RUSSELL W. JOHNSTON IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY

RUSSELL W. JOHNSTON hereby declares pursuant to 28 U.S.C. § 1746:

　　1.　　I am a partner with the law firm of King & Spalding LLP and one of the attorneys of record for Defendant Archegos Capital Management, LP ("Archegos") in the above-captioned matter.

　　2.　　I make this Declaration in Support of a Motion to Withdraw as Attorney pursuant to Local Civil Rule 1.4.

　　3.　　I am requesting leave to withdraw as one of the attorneys for Archegos in this matter because I will no longer be at the law firm of King & Spalding LLP after October 31, 2022.

  4. Other attorneys at King & Spalding LLP who have appeared in this matter will continue to be counsel of record for Defendant Archegos Capital Management, LP.

  5. I am not retaining or charging a lien in this matter.

Dated: October 28, 2022
   New York, New York

                */s/ Russell W. Johnston*
                Russell W. Johnston