UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>     Plaintiff,<br><br>  v.<br><br>ARCHEGOS CAPITAL MANAGEMENT, LP and PATRICK HALLIGAN,<br><br>     Defendants. | **1:22-cv-03401 (JPO)** |

## NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law of

Defendant Archegos Capital Management, LP in Support of its Motion to Dismiss, the

Declaration of Eric A. Hirsch dated November 1, 2022, and the exhibits thereto, Defendant

Archegos Capital Management, LP, by and through its attorneys, will move this Court before

the Honorable J. Paul Oetken, United States District Judge for the Southern District of New

York, 40 Foley Square, New York, New York, 10007, on such date as the Court will

determine, for an order, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of

Civil Procedure, dismissing with prejudice the Amended Complaint in the above-captioned

action, and granting such other and further relief as the Court deems just and proper.


Dated: November 1, 2022
        New York, New York

                                              /s/ Carmen J. Lawrence
                                             Carmen J. Lawrence
                                             KING & SPALDING LLP
                                             1185 Avenue of the Americas
                                             New York, New York 10036
                                             Tel: (212) 556-2100
                                             Fax: (212) 556-2222
                                             clawrence@kslaw.com

                                             *Attorneys for Defendant*
                                             *Archegos Capital Management, LP*