AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▼

| | | |
|---|---|---|
| Commodity Futures Trading Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    22 Civ. 03401 (JPO) |
| Archegos Capital Management LP et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                                                                    .

Date:      11/01/2022

/s/
*Attorney's signature*

Danielle Sassoon
*Printed name and bar number*

United States Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007

*Address*

danielle.sassoon@usdoj.gov
*E-mail address*

(212) 637-1115
*Telephone number*

*FAX number*