UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
COMMODITY FUTURES TRADING      :
COMMISSION,                    :
                               :
            Plaintiff,     :
                               :
    - against -              : Case No. 22-cv-3401 (JPO)
                               :
ARCHEGOS CAPITAL MANAGEMENT, LP and :
PATRICK HALLIGAN,              :
                               :
           Defendants.    :
                               :
                               :
-------------------------------------------------------------x

## NOTICE OF MOTION BY DEFENDANT PATRICK HALLIGAN TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated November 1, 2022, the Declaration of Mary E. Mulligan, dated November 1, 2022, and the exhibits annexed thereto, and all other papers and proceedings herein, Defendant Patrick Halligan, by and through his counsel, hereby moves this Court, before the Honorable J. Paul Oetken, at a date and time to be set by the Court, at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 706, New York, New York 10007, for an Order pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, dismissing with prejudice the amended complaint filed by the Commodity Futures Trading Commission, and granting such other and further relief as the Court deems just and proper.

[SIGNATURE ON FOLLOWING PAGE]

Dated: November 1, 2022
       New York, New York

                                          Respectfully submitted,

                                          FRIEDMAN KAPLAN SEILER &
                                           ADELMAN LLP

                                          *s/ Mary E. Mulligan*
                                          Mary E. Mulligan (mmulligan@fklaw.com)
                                          Bonnie M. Baker (bbaker@fklaw.com)
                                          Timothy M. Haggerty (thaggerty@fklaw.com)
                                          Anil Vassanji (avassanji@fklaw.com)
                                          Rupita Chakraborty (rchakraborty@fklaw.com)
                                          7 Times Square
                                          New York, New York 10036-6516
                                          (212) 833-1100

                                          *Attorneys for Defendant Patrick Halligan*