# Exhibit H



LOOKUP DATE: 2021 Mar 22

### Stock Quote: NASDAQ: DISCK

| | | | |
|---|---|---|---|
| Day's Open | $66.57 | Volume | 11,240,777 |
| Intraday High | $66.70 | Intraday Low | $64.30 |
| | | Closing Price | $64.74 |

LOOKUP DATE: 2021 Mar 23

### Stock Quote: NASDAQ: DISCK

| | | | |
|---|---|---|---|
| Day's Open | $61.68 | Volume | 15,820,953 |
| Intraday High | $63.10 | Intraday Low | $59.62 |
| | | Closing Price | $62.99 |

LOOKUP DATE: 2021 Mar 24

### Stock Quote: NASDAQ: DISCK

| | | | |
|---|---|---|---|
| Day's Open | $62.51 | Volume | 8,987,091 |
| Intraday High | $63.49 | Intraday Low | $54.44 |
| | | Closing Price | $54.54 |

LOOKUP DATE: 2021 Mar 25

### Stock Quote: NASDAQ: DISCK

| | | | |
|---|---|---|---|
| Day's Open | $51.69 | Volume | 8,451,113 |
| Intraday High | $54.66 | Intraday Low | $49.99 |
| | | Closing Price | $51.04 |

LOOKUP DATE: 2021 Mar 26

### Stock Quote: NASDAQ: DISCK

| | | | |
|---|---|---|---|
| Day's Open | $51.32 | Volume | 45,679,323 |
| Intraday High | $51.36 | Intraday Low | $30.99 |
| | | Closing Price | $35.96 |