UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COMMODITY FUTURES TRADING COMMISSION,

          Plaintiff,

          - against –

ARCHEGOS CAPITAL MANAGEMENT LP, and
PATRICK HALLIGAN,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF MOTION

ECF Case

No. 22 Civ. 03401 (JPO)

      PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in criminal case *United States v. Sung Kook (Bill) Hwang et al.*, 22 Cr. 240 (AKH); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court, under Rule 24 of the Federal Rules of Civil Procedure, for an order authorizing intervention by the United States and staying discovery in the civil proceedings until the conclusion of the parallel criminal case, *United States v. Sung Kook (Bill) Hwang et al.*, 22 Cr. 240 (AKH), and for such other relief as the court deems just and proper.

    Dated: New York, New York
            November 3, 2022

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                By:    /s/ Danielle R. Sassoon_____
                        Matt Podolsky
                        Alex Rossmiller
                        Andrew Thomas
                        Danielle R. Sassoon
                        Assistant United States Attorneys
                        One Saint Andrew's Plaza
                        New York, New York 10007
                        Telephone: (212) 637-1115