UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x
                                           :
COMMODITY FUTURES TRADING COMMISSION,      :
                                           :
                Plaintiff,                 :    NOTICE OF MOTION
                                           :
        - against –                        :    ECF Case
                                           :
ARCHEGOS CAPITAL MANAGEMENT LP, and        :    No. 22 Civ. 03401 (JPO)
PATRICK HALLIGAN,                          :
                                           :
                Defendants.                :
------------------------------------------ x

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in criminal case *United States v. Sung Kook (Bill) Hwang et al.*, 22 Cr. 240 (AKH); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court, under Rule 24 of the Federal Rules of Civil Procedure, for an order authorizing intervention by the United States and staying discovery in the civil proceedings until the conclusion of the parallel criminal case, *United States v. Sung Kook (Bill) Hwang et al.*, 22 Cr. 240 (AKH), and for such other relief as the court deems just and proper.

    Dated:  New York, New York
               November 3, 2022

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                    United States Attorney

                    By:    /s/ Danielle R. Sassoon_____
                             Matt Podolsky
                             Alex Rossmiller
                             Andrew Thomas
                             Danielle R. Sassoon
                             Assistant United States Attorneys
                             One Saint Andrew's Plaza
                             New York, New York 10007
                             Telephone: (212) 637-1115