# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COMMODITY FUTURES TRADING COMMISSION,

        Plaintiff,

- against -

ARCHEGOS CAPITAL MANAGEMENT LP, and
PATRICK HALLIGAN,

        Defendants.

No. 22 Civ. 03401 (JPO)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on November 3, 2022, the Government submitted a motion seeking to intervene in this action and seeking a stay of discovery in this action, in light of the pendency of the parallel criminal action *United States v. Sung Kook (Bill) Hwang, et al.*, 22 Cr. 240 (AKH) (the "Criminal Action"), in which an indictment has been returned; and

WHEREAS, the Commodity Futures Trading Commission (the "CFTC") does not oppose the stay requested by the Government; and

WHEREAS, the Court finds that the stay of discovery requested by the Government is in furtherance of the interests of justice and judicial economy and will not prejudice any party; it is hereby

ORDERED that the Government's motion to intervene is GRANTED;

IT IS FURTHER ORDERED that discovery in this action is stayed during the pendency of the Criminal Action.

SO ORDERED:

_____        _____
HONORABLE J. PAUL OETKEN        DATE
UNITED STATES DISTRICT JUDGE