UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                                             :

COMMODITY FUTURES TRADING       :
COMMISSION,

                              Plaintiff,     :       No. 22-cv-3401 (JPO)

        - against -                           :

ARCHEGOS CAPITAL MANAGEMENT, LP and  :
PATRICK HALLIGAN
                             Defendants.  :

------------------------------------------------------------------ x

## DECLARATION OF TIMOTHY M. HAGGERTY

1.     I am a member of the bar of this Court and a member of Friedman Kaplan Seiler & Adelman LLP, counsel to defendant Patrick Halligan. I submit this declaration to make part of the record a document related to Mr. Halligan's opposition to the motion of the United States, through the U.S. Attorney's Office for the Southern District of New York ("**SDNY**") to intervene and stay discovery in this action (the "**Stay Motion**"). The statements in this declaration are based on my personal knowledge.

2.     Attached hereto as **Exhibit A** is a true and correct copy of an email that my colleague Mary E. Mulligan sent to the SDNY (specifically, to AUSAs Danielle Sassoon, Alex Rossmiller, and Andrew Thomas) on October 26, 2022, in connection with the meet-and-confer discussions that preceded the Stay Motion.

Executed on November 17, 2022 in New York, New York

                                                 s/ Timothy M. Haggerty
                                               Timothy M. Haggerty

3698314.1