

**COMMODITY FUTURES TRADING COMMISSION**
Ted Weiss Federal Office Building
290 Broadway, Suite 600
New York, NY 10007
Telephone: (646) 746-9700
www.cftc.gov

Division of
Enforcement

January 4, 2023

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, NY 10007

Re: <u>CFTC v. Archegos Capital Management, LP, et al., No. 22 Civ 3401 (JPO) (S.D.N.Y.)</u>

Dear Judge Oetken:

On behalf the Plaintiff, Commodity Futures Trading Commission ("CFTC"), we respectfully write with the consent of Defendants Archegos Capital Management, LP ("Archegos") and Patrick Halligan (collectively, "Defendants") to request permission to file a single memorandum of law, not to exceed 60 pages, in opposition to Defendants' motions to dismiss the Amended Complaint (DE 42-44, 46-48) (the "Motions to Dismiss"). The Court previously granted Defendant Halligan's unopposed request for leave to file an opening memorandum of law of up to 40 pages in support of his motion to dismiss the Amended Complaint (DE 38). Defendants' memoranda of law in support of their Motions to Dismiss, as filed, collectively total 65 pages, and are accompanied by declarations annexing more than 50 exhibits comprising over 1600 pages. We have conferred with counsel for Defendants Halligan and Archegos, who do not object to this request.

Respectfully submitted,

*/s/ Jacob W. Mermelstein*
Jacob W. Mermelstein
Trial Attorney
Commodity Futures Trading Commission
*Counsel for Plaintiff CFTC*

cc: By ECF to all counsel of record