UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
:
COMMODITY FUTURES TRADING :
COMMISSION, :
 :
                                 Plaintiff, :    Index No. 22-cv-3401-JPO
:
                                   vs. :
:
ARCHEGOS CAPITAL MANAGEMENT, LP and :
PATRICK HALLIGAN, :
:
                                 Defendants. :
:
-------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF COUNSEL

       PLEASE TAKE NOTICE that, upon the annexed Declaration of Dielai Yang, and subject to the approval of the Court, Dielai Yang of Friedman Kaplan Seiler & Adelman LLP hereby withdraws as counsel for Defendant Patrick Halligan in the above-captioned matter, and requests that she be removed from the CM/ECF service list for this action.  Other attorneys at Friedman Kaplan Seiler & Adelman LLP will continue to be counsel of record for Defendant Patrick Halligan.

Dated:  New York, New York
             September 27, 2022

FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP

    /s/ *Dielai Yang*
Dielai Yang (dyang@fklaw.com)
7 Times Square
New York, New York  10036-6516
(212) 833-1100

---

So ordered.

The Clerk of Court is directed to terminate Ms. Yang's appearance in this matter.

*[signature]*

J. PAUL OETKEN
United States District Judge

1/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
COMMODITY FUTURES TRADING  :
COMMISSION,  :
:
                           Plaintiff,  :  Index No. 22-cv-3401-JPO
:
                  vs.  :
:
ARCHEGOS CAPITAL MANAGEMENT, LP and  :
PATRICK HALLIGAN,  :
:
                        Defendants.  :
:
----------------------------------------------------------------x

## DECLARATION OF DIELAI YANG

I, **DIELAI YANG**, declare under penalty of perjury as follows:

1. I am an attorney at Friedman Kaplan Seiler & Adelman LLP, counsel for Defendant Patrick Halligan in this matter. I submit this declaration in compliance with Local Rule 1.4 to notify the Court of my intent to withdraw as counsel for Defendant Patrick Halligan.

2. After September 30, 2022, I will no longer be associated with Friedman Kaplan Seiler & Adelman LLP.

3. Other attorneys at Friedman Kaplan Seiler & Adelman LLP who have appeared in this matter will continue to represent Defendant Patrick Halligan.

4. I am not retaining or charging a lien.

Dated: New York, New York
         September 27, 2022

                                                  */s/ Dielai Yang*
                                                Dielai Yang