# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Eric A. Hirsch
Counsel
Direct Dial: +1 212 556 2189
Direct Fax: +1 212 556 2222
ehirsch@kslaw.com

January 31, 2023

**VIA ECF**

Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    C.F.T.C. v. Archegos Capital Management, L.P. & Halligan
               <u>Docket No.: 1:22-cv-03401 (JPO)</u>

Dear Judge Oetken:

      We represent Defendant Archegos Capital Management, LP ("ACM") in the above-referenced matter.

      We write on behalf of ACM and Defendant Patrick Halligan to request the Court's permission for an extension of page limits in connection with the Defendants' reply briefs in further support of their Motions to Dismiss the Amended Complaint, which are due to be filed on February 6, 2023. Counsel for ACM and Mr. Halligan conferred with the CFTC, which does not object to the requested page limit extensions.

      Specifically, ACM and Mr. Halligan request that ACM be permitted to file up to a 25-page reply memorandum and Mr. Halligan be permitted to file up to a 35-page reply memorandum.

      In response to the Defendants' Motions to Dismiss, the CFTC filed a 60-page opposition brief. The Defendants, in their replies, intend to fully address the arguments and the corresponding legal issues raised by the CFTC in its opposition brief. For these reasons, Defendants believe these requests for additional pages are reasonable.

Honorable J. Paul Oetken January 31, 2023
Page 2

    We appreciate the Court's attention to this matter.

Respectfully submitted,

Eric A. Hirsch
Counsel