UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------x
                                                                   :
COMMODITY FUTURES TRADING COMMISSION,                              :
                                                                   :
                                   Plaintiff,                      :
                                                                   :   No. 22-CV-3401 (JPO)
             - against -                                           :
                                                                   :
ARCHEGOS CAPITAL MANAGEMENT, LP and                                :
PATRICK HALLIGAN,                                                  :
                                                                   :
                                   Defendants.                     :
                                                                   :
-------------------------------------------------------------------x
```

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, as of January 3, 2023, the law firm of Friedman Kaplan Seiler & Adelman LLP has changed its name to:

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**

The firm's address and telephone number remain the same. The telephone numbers and email addresses for the attorneys in this matter also remain the same.

Dated:   New York, New York
         February 1, 2023

                                        Respectfully Submitted,

                                        FRIEDMAN KAPLAN SEILER
                                          ADELMAN & ROBBINS LLP

                                        s/ Timothy M. Haggerty
                                        Mary E. Mulligan (mmulligan@fklaw.com)
                                        Timothy M. Haggerty (thaggerty@fklaw.com)
                                        Bonnie M. Baker (bbaker@fklaw.com)
                                        Anil Vassanji (avassanji@fklaw.com)
                                        Rupita Chakraborty (rchakraborty@fklaw.com)
                                        7 Times Square
                                        New York, New York  10036-6516
                                        (212) 833-1100

                                        *Attorneys for Defendant Patrick Halligan*

3708344.1