AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

COMMODITY FUTURES TRADING COMMISSION )
*Plaintiff* )
v. ) Case No. 22-cv-3401-JPO
ARCHEGOS CAPITAL MANAGEMENT, LP and PATRICK HALLIGAN )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission.

Date: 4/14/23

/s/ Ezekiel L. Hill
*Attorney's signature*

Ezekiel L. Hill (NY 4941142)
*Printed name and bar number*

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
*Address*

hillez@sec.gov
*E-mail address*

(202) 551-7724
*Telephone number*

*FAX number*