

**COMMODITY FUTURES TRADING COMMISSION**
Ted Weiss Federal Office Building
290 Broadway, Suite 600
New York, NY 10007
Telephone: (646) 746-9700
www.cftc.gov

Division of
Enforcement

April 18, 2023

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, NY 10007

    Re: <u>CFTC v. Archegos Capital Management, LP, et al.</u>, No. 22 Civ 3401 (JPO) (S.D.N.Y.)

Dear Judge Oetken:

    Plaintiff Commodity Futures Trading Commission ("CFTC") respectfully writes in response to the motion by a non-party, the Securities and Exchange Commission ("SEC") (DE 75), in which the SEC requests leave to file an amicus brief in connection with defendants' motions to dismiss the Amended Complaint. The CFTC takes no position on the SEC's request to file an amicus brief; however, the CFTC disagrees with certain of the arguments contained in the SEC's proposed brief (DE 75-1). If the Court is inclined to grant the SEC's request by accepting and considering the SEC's proposed brief, the CFTC respectfully requests permission to file a response by April 28, 2023.

                                        Respectfully submitted,

                                        */s/ Jacob W. Mermelstein*
                                        Jacob W. Mermelstein
                                        Trial Attorney
                                        Commodity Futures Trading Commission
                                        *Counsel for Plaintiff CFTC*