UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION<br><br>           Plaintiff,<br><br>      v.<br><br>ARCHEGOS CAPITAL MANAGEMENT, LP and PATRICK HALLIGAN,<br><br>           Defendants. | No. 22-cv-3401-JPO<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, David D. Lisitza respectfully moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for the Securities and Exchange Commission in the above-captioned matter.  I have attached a declaration pursuant to Local Rule 1.3.

Dated:  May 2, 2023

                            Respectfully submitted,

                            /s/ David D. Lisitza
                            David D. Lisitza
                            Securities and Exchange Commission
                            100 F Street, N.E.
                            Washington, D.C. 20549
                            202-551-5015
                            lisitzad@sec.gov