UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION<br><br>      Plaintiff,<br><br>  v.<br><br>ARCHEGOS CAPITAL MANAGEMENT, LP and PATRICK HALLIGAN,<br><br>      Defendants. | No. 22-cv-3401-JPO<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, David D. Lisitza, declare the following under penalty of perjury:

1. I am an attorney with the Securities and Exchange Commission.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the attached Certificate of Good Standing, I am a member in good standing of the bar of the state of California (Bar Number 225824, admitted 6/9/2003).

4. I am also a member in good standing of the bar for the United States Supreme Court (Bar Number 295913, admitted 10/13/2015) and the United States Court of Appeals for the Second Circuit (Bar Number 08-G020, admitted 3/31/2008).

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have never been convicted of a felony.

7. I have never been disbarred, denied admission to practice law in any jurisdiction, sanctioned for an ethical violation, or been the subject of a disciplinary or related action.

8. Over 15 years ago, I was subject to administrative suspension for failure to pay California bar membership fees and mandatory continuing legal education noncompliance. I rectified this error, and am current on all fees and mandatory continuing legal education. This information is reflected in the attached profile from the State Bar of California.

9. Accordingly, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter for the Securities and Exchange Commission.

Dated: May 2, 2023

/s/ David D. Lisitza
David D. Lisitza
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
202-551-5015
lisitzad@sec.gov

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### DAVID DARREN LISITZA

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that DAVID DARREN LISITZA, **#225824**, was on the **9th day of June, 2003,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the* **24th day of April 2023.**

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Tao Zhang, Deputy Clerk



## David Darren Lisitza #225824

License Status: Active

Address: SEC, Station Place, 100 F St NE, Rm 9466, Washington, DC 20549-2000

Phone: 202-551-5015  |  Fax: Not Available

Email: lisitzad@sec.gov  |  Website: Not Available

### More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 12/13/2006 | Active | | |
| 9/18/2006 | Not eligible to practice law in CA | | Admin Inactive/MCLE noncompliance |
| 9/18/2006 | Not eligible to practice law in CA | | Suspended, failed to pay fees |
| 10/14/2005 | Active | | |
| 9/16/2005 | Not eligible to practice law in CA | | Suspended, failed to pay fees |
| 6/9/2003 | Admitted to the State Bar of California | | |

**Additional Information:**

- About the disciplinary system

Copyright © 2023 The State Bar of California

