UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ARCHEGOS CAPITAL MANAGEMENT, LP and PATRICK HALLIGAN,<br><br>　　　　　　　　　Defendants. | No. 22-cv-3401-JPO<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

　　　　The motion of David D. Lisitza for admission to practice *pro hac vice* in the above-captioned matter is granted.

　　　　Applicant has declared that he is a member of good standing of the bar of the state of California, and that his contact information is as follows:

　　　　　　David D. Lisitza
　　　　　　Securities and Exchange Commission
　　　　　　100 F Street, N.E.
　　　　　　Washington, D.C. 20549
　　　　　　202-551-5015
　　　　　　lisitzad@sec.gov

　　　　Applicant having requested admission *pro hac vice* to appear as counsel for the Securities and Exchange Commission in the above entitled action;

　　　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned mater in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge